UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), Inc. | : | |
| | : | |
| V. | : | C.A. No. 06-219/ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : | |

**AFFIDAVIT OF SERVICE**

I, Jeffrey S. Brenner, Esquire, being duly sworn, hereby state the following:

1. I am an attorney licensed to practice law in the United States District Court District of Rhode Island.

2. I represent Plaintiff Toray Plastics (America), Inc., in this case.

3. Robert P. Horen, Registered Agent for Defendants T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling Inc. received a summons and a copy of the complaint for each Defendant on May 15, 2006. Additionally, Torge Goderstad, President of the Defendants, received a copy of the complaint on May 15, 2006.

4. Copies of the summonses, cover letters, and the return receipt cards are attached to this Affidavit.

[signature]
Jeffrey S. Brenner (#4369)

STATE OF RHODE ISLAND
PROVIDENCE COUNTY

Subscribed and sworn to before me this 19th day of May, 2006.

[signature]
Notary Public
My commission expires: 5-27-08

NP

NIXON PEABODY LLP
ATTORNEYS AT LAW
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
Fax: (401) 454-1030
Direct Dial: (401) 454-1042
E-Mail: jbrenner@nixonpeabody.com

May 12, 2006

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Robert P. Horen
1050 17th Street, Suite 1700
Denver, CO 80265

Re: Toray Plastics (America) Inc. v. T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling Inc. U.S. District Court, District of Rhode Island, C.A. No. 06-219ML

Dear Mr. Horen:

Pursuant to Federal Rule of Procedure 4(e)(1), I enclose a summons and a copy of a complaint for each Defendant. This mailing constitutes service of process upon you under Rhode Island law. The time period for which an answer must be filed commences on the date of receipt of this letter.

Very truly yours,

Jeffrey S. Brenner

Enclosure

P134538.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert P. Horen
1050 17th Street, Suite 1700
Denver, CO 80265

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Maurel S[illegible]

C. Date of Delivery MAY 15 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

P134538.1
042593-1

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 0320 0001 4099 4664

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

NIXON PEABODY LLP
ATTORNEYS AT LAW

One Citizens Plaza
Providence, Rhode Island 02903
(401) 454-1000
FAX: (401) 454-1030

Jeffrey S. Brenner
Direct Dial: (401) 454-1042
E-Mail Address: jbrenner@nixonpeabody.com

May 12, 2006

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Torge Goderstad
President
T G Plastics Trading Co. Inc.
d/b/a National Plastics Trading Co.
2230 East Grand Avenue
Englewood, CO 80110

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Torge Goderstad
President
Planet Earth Recycling, Inc.
2230 East Grand Avenue
Englewood, CO 80110

Re: Toray Plastics (America), Inc.

Dear Mr. Goderstad:

This law firm represents Toray Plastics (America), Inc. ("Toray") with respect to its dispute with T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. ("National Plastics") and Planet Earth Recycling, Inc. ("Planet Earth"). Enclosed is a copy of a Verified Complaint that was filed in the United States District Court for the District of Rhode Island today. A copy of the Verified Complaint and Summons has also been served upon the registered agent for National Plastics and Planet Earth.

Toray has filed this lawsuit because it appeared that negotiations were at an impasse. However, Toray remains willing to continue discussions with you to try to resolve this matter without all parties having to expend resources in litigation. Please contact Toray's Rick Schloesser if you wish to continue discussions regarding this matter. To the extent that meaningful negotiations are taking place, Toray is willing to stipulate that National Plastics and Planet Earth may have up to sixty (60) days, instead of the standard twenty (20) days, to answer the Complaint.

If you prefer to have your attorney directly involved, please have your attorney call me to discuss this matter further. If I am unavailable, please ask for my partner Joseph White who is also familiar with this situation.

Very truly yours,

Jeffrey S. Brenner

Enclosure

cc: Joseph B. White, Esq. (w/encl.)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Torge Goderstad, Pres.
T G Plastics Trading Co., Inc.
d/b/a National Plastics Trading Co.
2230 East Grand Ave.
Englewood, CO 80110

COMPLETE THIS SECTION ON DELIVERY

A. Signature X S. Godestad ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 5/15/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 0320 0001 4099 1106

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Torge Goderstad, Pres.
Planet Earth Recycling, Inc.
2230 East Grand Ave.
Englewood, CO 80110

COMPLETE THIS SECTION ON DELIVERY

A. Signature X S. Godestad ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 5/15/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 0320 0001 4099 1113

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

TORAY PLASTICS (AMERICA) INC.

V.

T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 219ML

TO: (Name and address of Defendant) Planet Earth Recycling Inc.

c/o Robert P. Horen, Registered Agent
1050 17th Street, Suite 1700
Denver, CO 80265

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Brenner
Joseph B. White
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/12/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______
Date

______
Signature of Server

______
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

TORAY PLASTICS (AMERICA) INC.

V.

T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 219 ML

TO: (Name and address of Defendant) T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co.

c/o Robert P. Horen, Registered Agent
1050 17th Street, Suite 1700
Denver, CO 80265

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Brenner
Joseph B. White
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/12/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date Signature of Server

____________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.