FILED
JUN 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TORAY PLASTICS (AMERICA), INC.** | : | |
| | : | **C.A. No. 06-219 ML** |
| **VS.** | : | |
| **T G PLASTICS TRADING CO., INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC.** | : | |

**DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME**

Now come the defendants and move for an extension of time until July 17, 2006, to file a response to the plaintiff's Complaint.

The extension is needed so that counsel—who is court excused from June 5th until 23rd—can adequately familiarize himself with the facts in contention.

Plaintiff's counsel has no objection to the granting of this motion.

T G Plastics Trading Co., Inc. d/b/a
National Plastics Trading Co. and
Planet Earth Recycling Inc.

By their Attorney,

Del Sesto Law Corporation

By [signature]
Ronald W. Del Sesto, Esq.
RI Bar #242
49 Weybosset Street
Providence, RI 02903
Voice 401.421.1492
Fax 401.421.9080
Email: Litigation@in-RI.net

GRANTED
[signature]
Mary M. Lisi
U.S.D.J. 6/6/06

**CERTIFICATION**

I hereby certify that on the 5th day of June, 2006, I mailed a true and accurate copy of the foregoing upon Jeffrey S. Brenner, Esq., and Joseph B. White, Esq., Nixon Peabody LLP, Suite 500, One Citizens Plaza, Providence, RI 02903.

Marcella Bedard