No response

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TORAY PLASTICS (AMERICA), INC.

Plaintiff,

v. C.A. No. 06-219-ML

T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC.,

Defendants.

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendants T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling Inc. hereby move that **R. KIRK MUELLER** be admitted PRO HAC VICE in the above-captioned case as counsel with local counsel identified below.

T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling Inc., Defendants

By: Ronald W Del Sesto
Ronald W. Del Sesto, Esq.
R.I. Bar ID #242
Del Sesto-Hall's Building
49 Weybosset Street,
Providence, Rhode Island 02903

DATED: 17 July 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of Colorado and Wyoming and of the Federal District Court and Court of Appeals Bars of the States of Colorado and Wyoming, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

None.

COPY

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

R. Kirk Mueller

Signature of *Pro Hac Vice* Applicant
R. Kirk Mueller, Esq.
CO State Bar #16746
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Ronald W. Del Sesto

Ronald W. Del Sesto, Esq.,
R.I. Bar ID #242
Del Sesto-Hall's Building
49 Weybosset Street,
Providence, RI 02903
Telephone: 401.421.1492
Facsimile: 401.421.9080

---

**ORDER**

This motion is hereby Granted

Mary M. Lisi
District Judge

Date: 8/7/06