UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC.<br><br>Plaintiff,<br><br>v.<br><br>T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC.,<br><br>Defendants. | : | C.A. No. 06-219-ML |

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to LR Gen 206(d), Defendants T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling Inc., by and through their attorneys, hereby designate **PERRY L. GLANTZ,** with the law firm of Fognani & Faught, PLLC**,** to act as lead counsel and to have primary responsibility for this case.

DATED this 29th day of August, 2006.

T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling Inc., Defendants

By: /s/ Perry L. Glantz

Perry L. Glantz, Esq., *admitted Pro Hac Vice*
R. Kirk Mueller, Esq., *admitted Pro Hac Vice*
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210

And

Ronald W. Del Sesto, Esq.
R.I. Bar ID #242
Del Sesto-Hall's Building
49 Weybosset Street,
Providence, Rhode Island 02903

**CERTIFICATION**

I hereby certify that on the 29th day of August, 2006, a true and accurate copy of the foregoing was electronically filed via ECF with the U.S. District Court for the District of Rhode Island and served electronically via the Court's ECF system upon Jeffrey S. Brenner, Esq. and Joseph B. White, Esq., Nixon Peabody LLP, Suite 500, One Citizens Plaza, Providence, RI 02903.

/s/ C.S. Vega