UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : : : | |

# NOTICE OF DEPOSITION

TO: Ronald W. Del Sesto, Esq.
Perry L. Glantz, Esq.

DATE: Monday, December 18, 2006

TIME: 9:00 a.m.

DEPONENT: George Watts

**PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 30, the Plaintiff, Toray Plastics (America), Inc., will take the deposition of **George Watts**, on **Monday, December 18, 2006, at 9:00 a.m.**, and continuing thereafter until completed, at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903, before a Notary Public or other officer duly authorized to administer oaths. George Watts is requested to produce at the deposition for inspection and copying, documents in the attached Schedule A.

Plaintiff,
Toray Plastics (America), Inc.,
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
Joseph B. White (#5900)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Dated: November 20, 2006

**SCHEDULE A**
**George Watts**

1. Any and all documents concerning TG Plastics Trading Co. Inc. d/b/a National Plastics Trading Co., Planet Earth Recycling Inc. or Torge Goderstad.

2. Any and all documents concerning written or verbal communications with representatives (including attorneys) of TG Plastics Trading Co. Inc. d/b/a National Plastics Trading Co., Planet Earth Recycling Inc., or Torge Goderstad.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants listed below as identified on the Notice of Electronic filing (NEF) on this 20th day of November, 2006.

**Ronald W. Del Sesto,** litigation@in-ri.net

**Perry L. Glantz,** pglantz@fognanilaw.com; fganz@fognanilaw.com; cvega@fognanilaw.com; jlee@fognanilaw.com

**R. Kirk Mueller,** kmueller@fognanilaw.com

/s/ Jeffrey S. Brenner