UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-219-ML |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC., | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

TO: Jeffrey S. Brenner, Esq.

DATE: Thursday, February 1, 2007

TIME: 1:30 p.m.

DEPONENT: Scott Van Winter

**PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 30, the Defendants, National Plastics Trading Co. and Planet Earth Recycling Inc., will take the deposition of **Scott Van Winter**, on **Thursday, February 1, 2007, at 1:30 p.m.**, and continuing thereafter until completed, at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903, before a Notary Public or other officer duly authorized to administer oaths.

DATED this 12th day of January, 2007.

T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling Inc., Defendants

By: /s/ Perry L. Glantz

Perry L. Glantz, Esq., *admitted Pro Hac Vice*
R. Kirk Mueller, Esq., *admitted Pro Hac Vice*
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210
pglantz@fognanilaw.com

And

Ronald W. Del Sesto, Esq.
R.I. Bar ID #242
Del Sesto-Hall's Building
49 Weybosset Street,
Providence, Rhode Island 02903

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2007, a true and accurate copy of the foregoing was electronically filed via ECF with the U.S. District Court for the District of Rhode Island and served electronically via the Court's ECF system upon Jeffrey S. Brenner, Esq. and Joseph B. White, Esq., Nixon Peabody LLP, Suite 500, One Citizens Plaza, Providence, RI 02903.

/s/ C.S. Vega