# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TORAY PLASTICS (AMERICA), Inc. :
:
V. : C.A. No. 06-219/ML
:
T G PLASTICS TRADING CO. INC. d/b/a :
NATIONAL PLASTICS TRADING CO. and :
PLANET EARTH RECYCLING INC. :

**ACKNOWLEDGEMENT OF STIPULATION AND CONFIDENTIALITY ORDER**

1. I, _______________________, the undersigned, have received a copy of the *Stipulation and Order Protecting Confidentiality of Discovery Materials* entered in connection with the above-captioned matter (hereinafter the "Order"). I have read the Order and understand its terms. As a condition of disclosure to me of any information or documents designated CONFIDENTIAL in accordance the Order, I hereby agree to be bound by the terms of the Order.

2. My current address is ____________________________________________

____________________________________________________________________.

3. I understand and agree that a Court of competent jurisdiction within the United States shall have jurisdiction with regard to any proceedings to enforce the terms of the Order.

4. I understand and agree that I shall not use any information or the contents of any document furnished to me and designated as CONFIDENTIAL for any purpose other than for purposes of this litigation. I will hold such information and/or the contents of such documents in confidence and will not disclose such information and/or the contents of such documents to anyone not specified under the terms of the Order.

5. I understand and agree that, within sixty (60) days of the final disposition of this action, I shall either: (a) deliver any documents designated CONFIDENTIAL and/or any

compilation or analysis of any information designated CONFIDENTIAL to counsel for the party who furnished the information and/or documents to me; or (b) destroy such documents and/or compilations and/or analysis, certify such destruction in writing under oath and deliver such certification to counsel for the party who furnished the information and/or documents to me.

Dated: ____________________ Signature: ______________________________