UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : | |

# NOTICE OF DEPOSITION

TO: Ronald W. Del Sesto, Esq.
Perry L. Glantz, Esq.

DATE: Thursday, February 22, 2007

TIME: 2:00 p.m.

DEPONENT: Keeper of Records
Jessica Transport Services, Inc.

**PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 30, the Plaintiff, Toray Plastics (America), Inc., will take the deposition of **Keeper of Records – Jessica Transport Services, Inc.**, on **Thursday, February 22, 2007, at 2:00 p.m.**, and continuing thereafter until completed, at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903, before a Notary Public or other officer duly authorized to administer oaths. The Keeper of Records – Jessica Transport Services, Inc. is requested to produce at the deposition for inspection and copying, documents in the attached Schedule A.

Plaintiff,
Toray Plastics (America), Inc.,
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
Joseph B. White (#5900)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Dated: February 1, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants listed below as identified on the Notice of Electronic filing (NEF) on this 6th day of February, 2007.

**Ronald W. Del Sesto,** litigation@in-ri.net

**Perry L. Glantz,** pglantz@fognanilaw.com; fganz@fognanilaw.com; cvega@fognanilaw.com; jlee@fognanilaw.com

**R. Kirk Mueller,** kmueller@fognanilaw.com

/s/ Jeffrey S. Brenner