# EXHIBIT 3

TO: George WATTS 2 Pages

**Jody Curtis**

| | |
|---|---|
| **From:** | Torge Goderstad [torge@tradeplastics.com] |
| **Sent:** | Sunday, April 04, 2004 11:52 PM |
| **To:** | Jody J Curtis |
| **Subject:** | Fw: |

```
----- Original Message -----
From: <George.Watts@Toraytpa.com>
To: <torge@tradeplastics.com>
Sent: Monday, April 05, 2004 12:27 PM


>
>
>
>
> Following is Sales agreement between TPA and National Plastics for 4/1/04
> Thru 12/31/04:
>
> Terms:
>
> 1. All invoices will be paid in net 60 days - failure will result in
> contract being voided
> 2. Will work with TPA to secure proper insurance for TPA receivables
> 3. Current Customers will be given option for 30 days notice on business
> termination - if pricing conditions are met
> 4. All due diligence will be done to provide Duty Drawback documentation
in
> a timely manner.
> 5. Pricing is fixed for the term of the contract.
> 6. OBR materials are excluded from volume.
> 7. $29,000 in outstanding receivables from LUM 2003 will be paid by Dec 04
> ($3,222/month)
> 8. No weight claims will be accepted without certified weight ticket
backup
>
>
> Price List:
>
> BOPP:
>
>                         Offspec      Aged
>
> 45G Metal               $0.68        $0.70
> 50G Metal               $0.68        $0.70
> 60G Metal               $0.67        $0.69
> 70G Metal               $0.62 65     $0.64 67
> 80G Metal               $0.51        $0.53
>
> 45G Clear               $0.41        $0.43
> 50G Clear               $0.405            $0.425
> 60G Clear               $0.41        $0.43
> 70G Clear               $0.395            $0.415
> 80G Clear               $0.39        $0.41
>
> Metal Scrap             $0.12
> Clear Scrap             $0.15
>
> OBR - Mixed             $0.165
> Colors/Clear
```

>
> PET:
>
>
> METPET $0.50
>
> Trail Mix $0.22
> OS Resin $0.22
> Flake $0.22
> Scrap - Other $0.13
>
> C Grade 40-200G $0.55
> C Grade 40-200G Coated $0.325
> C Grade 18-22G $0.60
> C Grade 18-22G Coated $0.38
>
>
>
>
> National Plastics Toray Plastics (America)
>
>
>
>