# EXHIBIT 5

**Scott Van Winter/NKCorp/TPA**

03/29/2006 02:21 PM

To Dave Jose/NKCorp/TPA@TPA
cc Hideki Hirabayashi/NKCorp/TPA@TPA
bcc
Subject 2006 Update - Market Conditions & "Claim" Issue

FYR...

This was the first time I had heard of any problems from Torge. As you can see, they were far from significant in his mind.... this was only last month! It was the same day that he highlighted Tare weight problems for the first time.

----- Forwarded by Scott Van Winter/NKCorp/TPA on 03/29/2006 02:16 PM -----

**Scott Van Winter/NKCorp/TPA**

02/09/2006 12:13 PM

To "Jaclyn Parker" <jackie@tradeplastics.com>
cc rick.schloesser@toraytpa.com, "'Torge Goderstad'" <torge@tradeplastics.com>, Dan Cole/NKCorp/TPA@TPA
Subject 2006 Update - Market Conditions & "Claim" Issue

Torge,

Thank you the email, I'm pleased to hear your excitement surrounding market conditions and glad that you are getting everything you need.

As for comments relative to your customer claims, I am unaware of any on-going issues or specific items. More importantly, we need to be clear that we can NOT accept any claims of any type.

In addition, all these films have been and will continue to be sold without any explicit condition with respect to workmanship, quality or processability. All of the PET films are sold "as is" without any guarantee, expressed or implied standards of performance. As you're aware, these are not considered prime and are subsequently void of any and all performance standards.

Thank you again for your comments. We appreciate your support and look forward to a great year in 2006. Please call me anytime.

*Kindest Regards,*

Scott

"Jaclyn Parker" <jackie@tradeplastics.com>



**"Jaclyn Parker" <jackie@tradeplastics.com>**

02/08/2006 01:28 PM

To <rick.schloesser@toraytpa.com>, <scott.vanwinter@toraytpa.com>
cc "'Torge Goderstad'" <torge@tradeplastics.com>
Subject Checking In

Hi Rick and Scott,

Just wanted to check in on a few things. So far in 2006, things are working great. We are excited about the great year to come. Pricing is good, we are getting what we need and all is well.

I wanted to address a few issues relating to 2005. As you know, we receive claims from customers from time to time. I am usually able to handle them just fine and make them go away. However, there are some claims that are not as easy to take care of. These claims seem to be the ones by customers that might have issues related to continued increases in price over 2005, the fact that I didn't live up to my promise to be the exclusive seller in some circumstances and the fact that PET A grade made it's way onto the market from someone else. I am still confident I can handle these claims but just wanted you to be aware they are out there and I am working hard to take care of them. If I have problems I just can't seem to fix, I will talk to you more about them.

That's all for now. Let's keep this thing going – we are really excited for 2006.

Torge

TG/jp