# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | CA 06 219ML |
| V. | : | C.A. No. 06-_______ |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : | JURY TRIAL CLAIMED |

## VERIFIED COMPLAINT

### PARTIES AND JURISDICTION

1. Plaintiff Toray Plastics (America), Inc. ("Toray"), is a Rhode Island corporation with a principal place of business in North Kingstown, Rhode Island.

2. Defendant T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. ("National Plastics") is a Colorado corporation with a principal place of business at 2230 East Grand Avenue Englewood, Colorado. National Plastics has sufficient contacts with Rhode Island to be subject to the jurisdiction of this Court.

3. Defendant Planet Earth Recycling, Inc. ("Planet Earth") is a Colorado corporation with a principal place of business at 2230 East Grand Avenue, Englewood, Colorado. Planet Earth has sufficient contacts with Rhode Island to be subject to the jurisdiction of this Court.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, because the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1491.

### FACTS COMMON TO ALL COUNTS

6. Toray manufactures oriented polyester ("PET") and oriented polypropylene ("OPP") film products for consumer packaging and industrial applications.

7. Toray annually produces approximately 55 million pounds of Lumirror® PET films and 90 million pounds of Torayfan® OPP film in Rhode Island.

8. In connection with PET and OPP manufacturing, Toray has material that does not meet its specifications for its manufacturing process (the "Excess Material").

9. National Plastics and Planet Earth have business locations at the same address in Englewood, Colorado. Upon information and belief, National Plastics and Planet Earth are related entities controlled by Torge Goderstad.

10. Since the early 1990's, Toray has contracted with National Plastics, Planet Earth, and/or their predecessor business entities to remove the Excess Material from Toray's manufacturing facility.

11. After they remove the Excess Material, National Plastics and Planet Earth process the Excess Material at their facilities in Rhode Island and elsewhere, and they sell the processed Excess Material to their customers, primarily outside of the United States.

12. Toray invoices National Plastics and Planet Earth for the Excess Material on a regular basis. The invoices are based upon the classification and weight of the Excess Material multiplied by the price per pound which have been previously agreed upon between the parties.

13. Toray's contractual agreements with National Plastics and Planet Earth have been verbal throughout the course of their business relationship.

14. The price per pound that National Plastics and Planet Earth pay to Toray for the Excess Material is occasionally renegotiated at the request of either party.

15. Toray has provided National Plastics and Planet Earth with invoices for the Excess Material on a regular basis.

16. Despite demand, National Plastics and Planet Earth have refused to pay Toray for the Excess Material.

17. Toray has complied with its obligations pursuant to its contractual agreements with National Plastics and Planet Earth.

COUNT I
BREACH OF CONTRACT -- NATIONAL PLASTICS

18. Toray realleges paragraphs 1-17 above.

19. Toray has provided National Plastics with Excess Material in accordance with the parties' contractual agreement.

20. Toray has sent National Plastics regular invoices regarding the Excess Material.

21. To date, National Plastics has refused to pay Toray $483,831.29 concerning these invoices. This amount is summarized in the spreadsheet attached at Exhibit A.

22. National Plastics' conduct, set forth above, constitutes a breach of contract, as a result of which Toray has been damaged in the principal amount of $483,831.29.

WHEREFORE, Toray Plastics (America), Inc. demands judgment against T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. in an amount of $483,831.29, plus statutory interest since each invoice at issue, costs, and attorneys' fees pursuant to R.I.G.L. § 9-1-45.

COUNT II
BOOK ACCOUNT -- NATIONAL PLASTICS

23. Toray repeats paragraphs 1-22 above.

24. National Plastics owes Toray the principal sum of $483,831.29 on book account.

WHEREFORE, Toray Plastics (America), Inc. demands judgment against T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. in an amount of $483,831.29, plus statutory interest since each invoice at issue, costs, and attorneys' fees pursuant to R.I.G.L. § 9-1-45.

COUNT III
QUANTUM MERUIT AND UNJUST ENRICHMENT -- NATIONAL PLASTICS

25. Toray realleges paragraphs 1-24 above.

26. Under the circumstances, as set forth above, it would be inequitable for National Plastics to retain the benefit of Toray's Excess Material without payment of the value thereof in the principal amount of $483,831.29.

27. Therefore, National Plastics owes Toray $483,831.29 under Quantum Meruit and Unjust Enrichment theories.

WHEREFORE, Toray Plastics (America), Inc. demands judgment against T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. in an amount of $483,831.29, plus statutory interest since each invoice at issue, costs, and attorneys' fees pursuant to R.I.G.L. § 9-1-45.

COUNT IV
BREACH OF CONTRACT -- PLANET EARTH

28 Toray realleges paragraphs 1-27 above.

29. Toray has provided Planet Earth with Excess Material in accordance with the parties' contractual agreement.

30. Toray has sent Planet Earth regular invoices regarding the Excess Material.

31. To date, Planet Earth has refused to pay Toray $999,841.69 concerning these invoices. This amount is summarized in the spreadsheet attached at Exhibit B.

32. Planet Earth's conduct, set forth above, constitutes a breach of contract, as a result of which Toray has been damaged in the principal amount of $999,841.69.

WHEREFORE, Toray Plastics (America), Inc. demands judgment against Planet Earth Recycling, Inc. in an amount of $999,841.69, plus statutory interest since each invoice at issue, costs, and attorneys' fees pursuant to R.I.G.L. § 9-1-45.

COUNT V
BOOK ACCOUNT -- PLANET EARTH

33. Toray repeats paragraphs 1-32 above.

34. Planet Earth owes Toray the principal sum of $999,841.69 on book account.

WHEREFORE, Toray Plastics (America), Inc. demands judgment against Planet Earth Recycling, Inc. in an amount of $999,841.69, plus statutory interest since each invoice at issue, costs, and attorneys' fees pursuant to R.I.G.L. § 9-1-45.

COUNT VI
QUANTUM MERUIT AND UNJUST ENRICHMENT -- PLANET EARTH

35. Toray realleges paragraphs 1-34 above.

36. Under the circumstances, as set forth above, it would be inequitable for Planet Earth to retain the benefit of Toray's Excess Material without payment of the value thereof in the principal amount of $999,841.69.

37. Therefore, Planet Earth owes Toray $999,841.69 under Quantum Meruit and Unjust Enrichment theories.

WHEREFORE, Toray Plastics (America), Inc. demands judgment against Planet Earth Recycling, Inc. in an amount of $999,841.69, plus statutory interest since each invoice at issue, costs, and attorneys' fees pursuant to R.I.G.L. § 9-1-45.

JURY TRIAL DEMAND

PLAINTIFF CLAIMS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE

Plaintiff,
Toray Plastics (America), Inc.,
By its Attorneys,

Jeffrey S. Brenner (#4369)
Joseph B. White (#5900)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: May 12, 2006

VERIFICATION

I hereby certify that I am the Director, Finance and Administration of Toray Plastics (America), Inc., the named Plaintiff in this case, that I have read the foregoing Verified Complaint, and know the contents thereof, and the allegations contained therein are true and correct to the best of my knowledge and information.

David T. Jose
Director, Finance and Administration
Toray Plastics (America), Inc.

STATE OF RHODE ISLAND
PROVIDENCE COUNTY

Subscribed and sworn to before me this 12th day of May, 2006.

Tracy A. Santos
Notary Public
My commission expires: TRACY A. SANTOS
NOTARY PUBLIC
STATE OF RHODE ISLAND
ID # 53920
MY COMMISSION EXPIRES 9/12/08