# EXHIBIT 3

National Plastics 001/002

TO: George WATTS 2 Pages

**Jody Curtis**

**From:** Torge Goderstad [torge@tradeplastics.com]
**Sent:** Sunday, April 04, 2004 11:52 PM
**To:** Jody J Curtis
**Subject:** Fw:

----- Original Message -----
From: <George.Watts@Toraytpa.com>
To: <torge@tradeplastics.com>
Sent: Monday, April 05, 2004 12:27 PM

Following is Sales agreement between TPA and National Plastics for 4/1/04 Thru 12/31/04:

Terms:

1. All invoices will be paid in net 60 days - failure will result in contract being voided
2. Will work with TPA to secure proper insurance for TPA receivables
3. Current Customers will be given option for 30 days notice on business termination - if pricing conditions are met
4. All due diligence will be done to provide Duty Drawback documentation in a timely manner.
5. Pricing is fixed for the term of the contract.
6. OBR materials are excluded from volume.
7. $29,000 in outstanding receivables from LUM 2003 will be paid by Dec 04 ($3,222/month)
8. No weight claims will be accepted without certified weight ticket backup

Price List:

BOPP:

| | Offspec | Aged |
|---|---|---|
| 45G Metal | $0.68 ✓ | $0.70 ✓ |
| 50G Metal | $0.68 ✓ | $0.70 ✓ |
| 60G Metal | $0.67 ✓ | $0.69 ✓ |
| 70G Metal | ~~$0.62~~ 65 ✓ | ~~$0.64~~ 67 ✓ |
| 80G Metal | $0.51 ✓ | $0.53 ✓ |
| 45G Clear | $0.41 ✓ | $0.43 ✓ |
| 50G Clear | $0.405 ✓ | $0.425 ✓ |
| 60G Clear | $0.41 ✓ | $0.43 ✓ |
| 70G Clear | $0.395 ✓ | $0.415 ✓ |
| 80G Clear | $0.39 ✓ | $0.41 ✓ |
| Metal Scrap | $0.12 ✓ | |
| Clear Scrap | $0.15 ✓ | |
| OBR - Mixed Colors/Clear | $0.165 ✓ | |

>
> PET:
>
>
> METPET $0.50
>
> Trail Mix $0.22
> OS Resin $0.22
> Flake $0.22
> Scrap - Other $0.13
>
> C Grade 40-200G $0.55
> C Grade 40-200G Coated $0.325
> C Grade 18-22G $0.60
> C Grade 18-22G Coated $0.38
>
>
>
>
> National Plastics Toray Plastics (America)
>
>
> ____________________
____________________
>