# EXHIBIT 4

2005 Volumes

**Mike Gallo/NKCorp/TPA**
05/09/2006 11:43 AM

To Rick Schloesser/NKCorp/TPA@TPA
cc
bcc
Subject Fw: Scrap/Offspec Agreement - National Plastics/Planet Earth

----- Forwarded by Mike Gallo/NKCorp/TPA on 05/09/2006 11:43 AM -----

**George Watts/NKCorp/TPA**
10/25/2004 01:13 PM

To torge@tradeplastics
cc
Subject Scrap/Offspec Agreement - National Plastics/Planet Earth

Toray agrees to sell 100% of the following products to National Plastics/Planet Earth for the period of 11/1/04 thru 12/31/04. 05

TFN:

Metal Scrap: $0.165/lb
Clear Scrap: $0.20/lb

Metal OS/Aged: $0.68/lb
Clear OS/Aged: $0.42/lb

OBR Clear/Color: $0.20/lb

LUM:

Scrap: $0.18/lb

C Grade 40-200G: $0.585/lb
C Grade 40-200G Coated: $0.42/lb
C Grade 18-22G: $0.60/lb
C Grade 18-22G Coated: $0.38/lb
METPET Rolls: $0.50/lb

Conditions:

1. Payments to remain current - net 60 days
2. Prices are fixed thru 12/31/05
3. No quality claims are accepted
4. Sufficient equipment to be kept on TPA site to handle all materials in a timely manner
5. Agreement is limited to materials specified above
6. All claims related to quantity/mix of shipped materials to be made within 60 days of shipment from TPA
7. No claims will be accepted beyond those specifically related to individual shipments.
8. National Plastics/Planet Earth to maintain credit insurance at a combined minimum level of $1.25mm

Toray Plastics

____________________________________________

National Plastics/Planet Earth

____________________________________________