# EXHIBIT 5

**Scott Van Winter/NKCorp/TPA**

03/29/2006 02:21 PM

To Dave Jose/NKCorp/TPA@TPA
cc Hideki Hirabayashi/NKCorp/TPA@TPA
bcc
Subject 2006 Update - Market Conditions & "Claim" Issue

FYR...

This was the first time I had heard of any problems from Torge. As you can see, they were far from significant in his mind.... this was only last month! It was the same day that he highlighted Tare weight problems for the first time.

----- Forwarded by Scott Van Winter/NKCorp/TPA on 03/29/2006 02:16 PM -----

**Scott Van Winter/NKCorp/TPA**

02/09/2006 12:13 PM

To "Jaclyn Parker" <jackie@tradeplastics.com>
cc rick.schloesser@toraytpa.com, "'Torge Goderstad'" <torge@tradeplastics.com>, Dan Cole/NKCorp/TPA@TPA
Subject 2006 Update - Market Conditions & "Claim" Issue

Torge,

Thank you the email, I'm pleased to hear your excitement surrounding market conditions and glad that you are getting everything you need.

As for comments relative to your customer claims, I am unaware of any on-going issues or specific items. More importantly, we need to be clear that we can NOT accept any claims of any type.

In addition, all these films have been and will continue to be sold without any explicit condition with respect to workmanship, quality or processability. All of the PET films are sold "as is" without any guarantee, expressed or implied standards of performance. As you're aware, these are not considered prime and are subsequently void of any and all performance standards.

Thank you again for your comments. We appreciate your support and look forward to a great year in 2006. Please call me anytime.

*Kindest Regards,*

Scott

"Jaclyn Parker" <jackie@tradeplastics.com>

**"Jaclyn Parker" <jackie@tradeplastics.com>**

02/08/2006 01:28 PM

To <rick.schloesser@toraytpa.com>, <scott.vanwinter@toraytpa.com>
cc "'Torge Goderstad'" <torge@tradeplastics.com>
Subject Checking In