UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-219-ML |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC., | : | |
| Defendants. | : | |

**STIPULATION**

Pursuant to LR Cv 29, the parties hereby stipulate that Defendants shall have up to and including April 2, 2007, to respond to Plaintiff's Motion to Compel Defendant T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. to Produce Additional Documents and for More Responsive Answers to Interrogatories [Docket No. 32] and Plaintiff's Motion to Compel Defendant Planet Earth Recycling Inc. to Produce Additional Documents and for More Responsive Answers to Interrogatories [Docket No. 33].

Plaintiff,
TORAY PLASTICS (AMERICA), INC.
By its attorney,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: 401.454.1000
Facsimile: 401.454.1030

Dated: March 19, 2007

Defendants,
T G PLASTICS TRADING CO. INC. d/b/a
NATIONAL PLASTICS TRADING CO.
and PLANET EARTH RECYCLING INC.
By their attorneys,

/s/ Perry L. Glantz

Perry L. Glantz, Esq. (*Pro Hac Vice*)
R. Kirk Mueller, Esq. (*Pro Hac Vice*)
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210

and

Ronald W. Del Sesto, Esq. (#0242)
DEL SESTO LAW
49 Weybosset Street,
Providence, Rhode Island 02903
Telephone: 401.421.1492
Facsimile: 401.421.9080

Dated: March 19, 2007

**CERTIFICATION**

I hereby certify that on the 19th day of March, 2007, a true and accurate copy of the foregoing was electronically filed with the U.S. District Court for the District of Rhode Island and served electronically via the Court's ECF system and served upon Jeffrey S. Brenner, Esq. Nixon Peabody LLP, Suite 500, One Citizens Plaza, Providence, RI 02903.

/s/ Perry L. Glantz, Esq.