UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219/ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : : : | |

**PLAINTIFF'S ASSENTED MOTION TO AMEND THE PRE-TRIAL ORDER TO EXTEND PLAINTIFF'S DEADLINE TO PROVIDE EXPERT DISCLOSURE**

Plaintiff Toray Plastics (America), Inc. ("Toray") requests that this Court Amend the Pre-Trial Order to Extend Plaintiff's Deadline to Provide Expert Disclosure. Specifically, Toray requests that the Pre-Trial Order be amended to extend Toray's deadline to provide expert disclosure until the close of discovery, which is presently scheduled to close on May 21, 2007. Defendant T G Plastics Trading Co. d/b/a National Plastics ("National Plastics") and Defendant Planet Earth Recycling Inc. ("Planet Earth") have assented to this Motion. Toray relies upon the attached Memorandum in support of its request.

Plaintiff,
Toray Plastics (America), Inc.,
By its Attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: March 20, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Ronald W. Del Sesto, Esq., at litigation@in-ri.net, and Perry L. Glantz, Esq., at PGlantz@fornanilaw.com, identified on the Notice of Electronic filing (NEF), on this 20th day of March, 2007.

/s/ Jeffrey S. Brenner

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219/ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a | : | |
| NATIONAL PLASTICS TRADING CO. and | : | |
| PLANET EARTH RECYCLING INC. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S ASSENTED MOTION TO AMEND THE PRE-TRIAL ORDER TO EXTEND PLAINTIFF'S DEADLINE TO PROVIDE EXPERT DISCLOSURE**

Plaintiff Toray Plastics (America), Inc. ("Toray") submits this Memorandum in support of its Assented Motion to Amend the Pre-Trial Order to Extend Plaintiff's Deadline to Provide Expert Disclosure. Defendant T G Plastics Trading Co. d/b/a National Plastics ("National Plastics") and Defendant Planet Earth Recycling Inc. ("Planet Earth") have assented to this Motion.

Toray filed this lawsuit against National Plastics and Planet Earth seeking $1,483,672.98 for unpaid invoices. Toray's Verified Complaint seeks damages pursuant to breach of contract, book account, and quantum meruit/unjust enrichment causes of action. National Plastics filed a Counterclaim against Toray for breach of contract, breach of the covenant of good faith and fair dealing, breach of the implied warranty of merchantability, and tortious interference with advantageous and prospective relationships. Although Planet Earth has not filed a counterclaim, it is challenging this Court's jurisdiction.

The parties have exchanged and responded to Interrogatories and Requests for Production of Documents. Toray has filed motions to compel concerning National Plastics' and Planet Earth's discovery responses. Toray also has raised an issue with defense counsel concerning Defendants' privilege log which may lead to the filing of a motion to compel if this issue is not resolved.

National Plastics and Planet Earth have conducted the depositions of six (6) Toray employees and have requested to conduct three (3) more depositions of Toray employees. Toray has requested to schedule the deposition of National Plastics' and Planet Earth's President, Torge Goderstad, whose deposition is expected to be lengthy. Mr. Goderstad, a Colorado resident, has agreed to be deposed in Rhode Island at a mutually convenient date when the remaining Toray witnesses are deposed.

On February 1, 2007, Toray subpoenaed records from Jessica Transport Services, Inc. ("JTS"), a Rhode Island company that was retained by National Plastics and/or Planet Earth to transport Toray's "Excess Material" from Toray to sites controlled by National Plastics and/or Planet Earth. The date of the deposition was scheduled for February 22, 2007. JTS's President, Wayne Warner, has informed Toray that JTS needs until the end of March 2007 to provide documents because JTS recently moved its business records, JTS needs additional time to locate, unpack, and gather the documents responsive to the subpoena, and Mr. Warner is undergoing chemotherapy which impacts his availability to address this matter in the requested timeframe. Toray needs JTS' records to assist it in the analysis of National Plastics' counterclaim.

National Plastics' Answers to Interrogatories claims "damages including (1) set-off against the amount claimed by Plaintiff in the amount in excess of $1,400,000.00 and (2) the value of Defendant's business as a going concern, said value, though the subject of expert testimony, estimated in good faith at $6,000,000.00." In its expert disclosure dated February 21, 2007, National Plastics asserts a "set-off" damage component of $578,725, and an "expected additional net income" damage component of either $656,629, $1,007,480, $1,399,287, or $1,614,743 "based upon four distinct methods."

Additionally, National Plastics' expert disclosure dated February 21, 2007, listed a "non-retained expert" located in Humble, Texas, who also has been listed as a fact witness in this case. Toray anticipates deposing this witness. National Plastics' expert disclosure also listed a consultant from a financial consulting firm in Colorado who relied upon documents listed in

Defendants' privilege log. Toray is in the process of analyzing National Plastics' expert disclosure, and it needs additional factual discovery in order to complete its analysis.

The Pre-Trial Order establishes March 21, 2007, as the deadline for Toray to counter-designate experts in response to National Plastics' expert disclosure. As explained above, there is considerable factual discovery which needs to be completed before Toray can provide expert disclosure in response to National Plastics' expert disclosure. Neither party has previously requested the Pre-Trial Order to be amended. Therefore, Toray requests that the Pre-Trial Order be amended to extend Toray's deadline to provide expert disclosure until the close of discovery, which is presently scheduled to close on May 21, 2007.

Plaintiff,
Toray Plastics (America), Inc.,
By its Attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: March 20, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Ronald W. Del Sesto, Esq., at litigation@in-ri.net, and Perry L. Glantz, Esq., at PGlantz@fornanilaw.com, identified on the Notice of Electronic filing (NEF), on this 20th day of March, 2007.

/s/ Jeffrey S. Brenner