UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TORAY PLASTICS (AMERICA), INC.<br><br>Plaintiff,<br><br>v.<br><br>T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC.,<br><br>Defendants. | C.A. No. 06-219-ML |

**DEFENDANT PLANET EARTH RECYCLING INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Planet Earth Recycling Inc. ("Planet Earth") moves to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. Planet Earth incorporates and relies upon the attached Memorandum in support of this its Motion.

Defendant,
PLANET EARTH RECYCLING INC.
By its attorneys,

/s/ Perry L. Glantz
Perry L. Glantz, Esq. (*Pro Hac Vice*)
R. Kirk Mueller, Esq. (*Pro Hac Vice*)
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210

Ronald W. Del Sesto, Esq. (#0242)
DEL SESTO LAW
49 Weybosset Street,
Providence, Rhode Island 02903
Telephone: 401.421.1492
Facsimile: 401.421.9080

Dated: April 2, 2007

**CERTIFICATION**

I hereby certify that on the 2nd day of April, 2007, a true and accurate copy of the foregoing was electronically filed with the U.S. District Court for the District of Rhode Island and served electronically via the Court's ECF system and served upon Jeffrey S. Brenner, Esq. Nixon Peabody LLP, Suite 500, One Citizens Plaza, Providence, RI 02903.

/s/ Perry L. Glantz, Esq.