To: Gorge Curtis 2 Pages

**Jody Curtis**

**From:** Torge Goderstad [torge@tradeplastics.com]
**Sent:** Sunday, April 04, 2004 11:52 PM
**To:** Jody J Curtis
**Subject:** Fw:

----- Original Message -----
From: <George.Watts@Toraytpa.com>
To: <torge@tradeplastics.com>
Sent: Monday, April 05, 2004 12:27 PM

>
>
>
>
> Following is Sales agreement between TPA and National Plastics for 4/1/04
> Thru 12/31/04:
>
> Terms:
>
> 1. All invoices will be paid in net 60 days - failure will result in
> contract being voided
> 2. Will work with TPA to secure proper insurance for TPA receivables
> 3. Current Customers will be given option for 30 days notice on business
> termination - if pricing conditions are met
> 4. All due diligence will be done to provide Duty Drawback documentation in
> a timely manner.
> 5. Pricing is fixed for the term of the contract.
> 6. OBR materials are excluded from volume.
> 7. $29,000 in outstanding receivables from LUM 2003 will be paid by Dec 04
> ($3,222/month)
> 8. No weight claims will be accepted without certified weight ticket backup
>
>
> Price List:
>
> BOPP:
>
>

| | Offspec | Aged |
|---|---|---|
| 45G Metal | $0.68 ✓ | $0.70 ✓ |
| 50G Metal | $0.68 ✓ | $0.70 ✓ |
| 60G Metal | $0.67 ✓ | $0.69 ✓ |
| 70G Metal | ~~$0.62~~ .65 ✓ | ~~$0.64~~ .67 ✓ |
| 80G Metal | $0.51 ✓ | $0.53 ✓ |
| 45G Clear | $0.41 ✓ | $0.43 ✓ |
| 50G Clear | $0.405 ✓ | $0.425 ✓ |
| 60G Clear | $0.41 ✓ | $0.43 ✓ |
| 70G Clear | $0.395 ✓ | $0.415 ✓ |
| 80G Clear | $0.39 ✓ | $0.41 ✓ |
| Metal Scrap | $0.12 ✓ | |
| Clear Scrap | $0.15 ✓ | |
| OBR - Mixed Colors/Clear | $0.165 ✓ | |

C.A. No. 06-219-ML
**EXHIBIT A**
PE Motion to Dismiss

>
> PET:
>
>
> METPET $0.50
>
> Trail Mix $0.22
> OS Resin $0.22
> Flake $0.22
> Scrap - Other $0.13
>
> C Grade 40-200G $0.55
> C Grade 40-200G Coated $0.325
> C Grade 18-22G $0.60
> C Grade 18-22G Coated $0.38
>
>
>
>
> National Plastics Toray Plastics (America)
>
>
>
>