00001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TORAY PLASTICS (AMERICA), INC.

VS. C.A. NO.:06-219ML

T.G. PLASTICS TRADING CO., INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC.

DEPOSITION OF GEORGE WATTS, witness in the above-entitled cause, taken on behalf of the Plaintiff, pursuant to notice, before Sally Brassard, CSR, a Notary Public in and for the State of Rhode Island and Providence Plantations, at the office of Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, Rhode Island, on January 31, 2007, at 9:00 a.m.

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920
(401) 946-5500

C.A. No. 06-219-ML
**EXHIBIT C**
PE Motion to Dismiss

00028

were when I was at Toray.

Q. Okay. And what's your recollection of what the business terms were between Toray and National Plastics and Planet Earth?

A. For that period was that they would get 100 percent of the business for that material from November of '04 through December of '05.

Q. And there was no agreement as far as what would happen after December of '05; correct?

A. Yes.

Q. And the agreement didn't contemplate what would happen if National Plastics or Planet Earth didn't want material offered to it by Toray; correct?

A. Yes.

**Q. Why was Toray using National Plastics and Planet Earth as vendors to this material scrap as opposed to just using National Plastics?**

**A. My recollection of that was that for credit insurance purposes, our finance department wanted to have those companies split up to -- because there was a maximum for each of those businesses from a credit insurance purpose.**

Q. So, as far as you recall, as you sit here today, there was a business -- is it fair to state that there was a business relationship between National

number consecutively as we go.

Q. Mr. Watts, you've been handed what's been marked as Exhibit 4. Take a look at that and tell me what it is.

A. That is our agreement that we had for the scrap and offspec for National from November '04 through December of '05.

**Q. Okay. And I see Planet Earth is now mentioned. Do you know why Planet Earth is on the scene now?**

**A. I believe, by that time, Planet Earth had come into play, you know, for the credit insurance purposes.**

**Q. Had anything changed with the entry of the Planet Earth entity in your dealings with Mr. Goderstad or his company in the sale of offspec or scrap?**

**A. I dealt with National and Torge. I didn't deal with them separately, you know, like different companies.**

**Q. Okay. So, your relationship with them remained the same?**

**A. Yes.**

Q. Now, in the terms, provision, I see number 2: Prices are fixed through December 31st, '05. Is that your understanding of the agreement?

A. Yes.