George Watts/NKCorp/TPA
02/23/2005 03:42 PM

To Rick Schloesser/NKCorp/TPA
cc
bcc
Subject Scrap/Offspec - Abet Packaging

Update:

We received an unsolicited offer for our BOPP scrap/offspec at very advantageous pricing to current levels. We have a 100% supply agreement with National for 2005 for our scrap/offspec.

In order to get around this, I have contacted Abet, and advised that National Plastics is our agent for all scrap sales, and in order to get business they would need to order thru National. Based on actual prices paid to National by Abet, and logistics involved, there would be approx a $0.02/lb "commission" to National for handling/collections, etc.

The offer that came in from Abet was as shown, I requested an additional .02/lb to get into TPA.

| | Offer | Requested | Net TPA | Current TPA |
|---|---|---|---|---|
| Met OS | .72 | .74 | .72 | .68 |
| Clr OS | .65 | .67 | .65 | .42 |
| Metal Bales | .25 | .27 | .25 | .165 |

I had the same discussion with Torge at National, and put him in contact with Abet. The initial idea is to set up a test load if pricing and terms can be agreed to. He has already started discussions.

We need to be cautious with our projections until it is actually proven that this pricing can actually be met/sustained, however, the potential is significant. If all our scrap/offspec was sold at this price, revenue would increase by approx $400k over budget.

I'll keep you updated

George

C.A. No. 06-219-ML
**EXHIBIT D**
PE Motion to Dismiss