**Unknown**

**From:** Rick.Schloesser@toraytpa.com
**Sent:** Friday, December 16, 2005 2:49 PM
**To:** Rick.Schloesser@toraytpa.com
**Cc:** Jaclyn Parker; jody@tradeplastics.com; torge@tradeplastics.com
**Subject:** Re: 2005 & 2006

Torgue , call me Tuesday at the end of the day to discuss 2006 . Thank you .

Rick Schloesser/NKCorp/TPA
12/16/2005 03:32 PM

To "Jaclyn Parker" <jackie@tradeplastics.com>
cc jody@tradeplastics.com, torge@tradeplastics.com
Subject Re: 2005 & 2006(Document link: Rick Schloesser)

Torge,
Iam getting tired of these " legal " E mails . You continue to tell half the story and now I am told that you do not want our aged material which was part of our deal but you want 100 % . Confused ? I have not promised you 100% for 2006 and have told you that we will probably have 2 sources to understand the competitive situation .I am awaiting for a last bid next year before coming to you . Torge you have been a great customer of TPA but your continued wining is getting old when there are reputable competitors willing to take all of our scrap / aged at todays pricing . I think it is time for you to come here for a face to face instead of the E mails . Call me to set up a date .

"Jaclyn Parker" <jackie@tradeplastics.com>
12/16/2005 03:13 PM

To <rick.schloesser@toraytpa.com>
cc <jody@tradeplastics.com>, <torge@tradeplastics.com>
Subject 2005 & 2006

Rick,

C.A. No. 06-219-ML
**EXHIBIT E**
PE Motion to Dismiss



NP003316

I have tried to call you many, many times. I know you are busy; I just want to go over our agreement for 2006 and review 2005.

Regarding 2005:
In November of 2004, Rick Schloesser and I made an agreement for 100% of the PP Offspec metal and clear rolls as well as 100% of the PP scrap to be sold to National Plastics Trading, Co..
One consideration for that to happen was for me to go up on all pricing effective November 2004 to receive 100% of the PP offspec rolls and PP scrap for all of 2005. I DID THIS.
Approximately six months into the agreement, Toray approached National Plastics and asked for a new category:
Small Metal Rolls (4"-10" )(10"-20" ) and ( 20" and up) at a higher price.
I agreed and did this out of goodwill. In September of 2005, Toray asked for new pricing on the PP rolls and the PP scrap. I indicated the metal offspec roll price of .68 cents per pound was very high and I was losing money. I was told if I can't maintain the .68 cents per pound for metal offspec I would loose the business for 2006.

I agreed to keep that high pricing for the PP metal offspec rolls throughout the remainder of 2005. I did this and am continuing to do this.
I was also asked to go up on the PP scrap metal to .17 cents per pound and I did this. I agreed to go up on the PP metal scrap and hold the .68 cents price per pound on the metal offspec rolls for the balance of 2005 to receive 100% of the business in 2006.
We also agreed that the offspec roll pricing was for offspec only. "NO AGED MATERIAL, AGED MATERIAL TO BE NEGTIATED SEPERATELY."
See email dated October 13, 2005 sent by Jody Curtis.
I have also been assured countless times and told in meetings with many departments heads at Toray that you have told me, Rick, that I have the right of first refusal to match any price, especially the export price into Asia.

Please confirm to me that I have been receiving 100% of the PP metal and clear offspec rolls as well as 100% of the PP scrap as per our agreement for all of 2005 that I paid for in full in 2004.
Also, Please let me know what the pricing is for 2006 for:
PP metal offspec rolls
PP clear offspec rolls
PP clear scrap
PP metal scrap
OBR material
All white film and white metal film.

Torge Goderstad

TG/jp

All emails to go through Jackie Parker. Jackie@tradeplastics.com