**Scott Van Winter/NKCorp/TPA**
03/29/2006 01:31 PM

To Dave Jose/NKCorp/TPA@TPA
cc
bcc
Subject National Plastics - CONFIDENTIAL

----- Forwarded by Scott Van Winter/NKCorp/TPA on 03/29/2006 01:31 PM -----

**Susumu Yamaguchi/NKCorp/TPA**
03/06/2006 08:55 AM

To Beth Desvaux/NKCorp/TPA@TPA, Dave Jose/NKCorp/TPA@TPA
cc Hideki Hirabayashi/NKCorp/TPA@TPA, Scott Van Winter/NKCorp/TPA@TPA, Rick Schloesser/NKCorp/TPA@TPA
Subject Re: National Plastics - CONFIDENTIAL

Hi,Good morning.
Could you supply the info about the monthly trend of AR amount?
Thank you.

Beth Desvaux/NKCorp/TPA

**Beth Desvaux/NKCorp/TPA**
03/03/2006 08:23 AM

To Scott Van Winter/NKCorp/TPA@TPA
cc Dan Cole/NKCorp/TPA@TPA, Dave Jose/NKCorp/TPA@TPA, David Cokely/NKCorp/TPA@TPA, Hideki Hirabayashi/NKCorp/TPA@TPA, John Duffy/NKCorp/TPA@TPA, Paul Knollmeyer/NKCorp/TPA@TPA, Paul McDevitt/NKCorp/TPA@TPA, Rick Schloesser/NKCorp/TPA@TPA, Susumu Yamaguchi/NKCorp/TPA@TPA
Subject Re: National Plastics - CONFIDENTIAL

Scott,

Just to confirm - until all issues are resolved - please do not release any of the loaded containers.

Rick,

In light of all that is going on with Planet Earth, I feel that we should discontinue shipping Torayfan scrap to National Plastics as well. I strongly believe that we are going to end up having problems collecting on the National Plastics side since they are all the same company.

Scott Van Winter/NKCorp/TPA

**Scott Van Winter/NKCorp/TPA**
03/02/2006 05:58 PM

To Dan Cole/NKCorp/TPA@TPA, David Cokely/NKCorp/TPA@TPA, Paul

C.A. No. 06-219-ML
**EXHIBIT F**
PE Motion to Dismiss

T0070