**T&T Group, Inc.**
19111 Walden Forest Drive
Humble, TX 77346
U.S.A.
Phone: (281) 359-2288
Fax: (281) 359-2088

Date: Oct 4, 2006

To: National Plastic Trading Company, Inc.
Attn: Torge
From: Terry Lam

Re: Toray Film Claims

We started purchasing Toray film material from you since 1997. During that time, the offgrade film rolls and scrap were separated and loaded into different containers. No major problem was encountered. From 1998, we had seen continuous problems that were concluded as below, and that might be caused by changing peoples in Toray's warehouse to handle the offgrade film rolls and scrap material.

A. For the year of 1998, supplier started combining the offgrade film rolls and scrap material into the same container. The total claim amount was $147,833.73, and the problems were as follows:

   1, Tare weight shortage – Supplier did not count the core weight correctly. As a result, they overcharged the net weight of the material.

   2, Offgrade and Scrap Classification – The big problem was the scrap being classified as offgrade film rolls, so the supplier overcharged the price of scrap material.

B. During the year of 2000 thru 2004, there were small minor problems because supplier separated the offgrade film rolls and scrap materials into different containers. The total claim amount was $96,265.48, and the problems were as follows:

   1, Tare Weight Shortage – Supplier did not count the core weight correctly. As a result, they overcharged the net weight of the material.

   2, Gross Weight Shortage – Supplier never did provide weight tickets for the heavy and the light load. When we received the container in Hong Kong, we weighed each container and calculated its gross weight. We believe that our gross weight is more accurate because we had weight tickets from the public scale to prove it.

C. For the year of 2005 thru June 2006, we had more problems again because supplier started combining the offgrade film rolls and scrap materials into the same container. We believe that they also changed personnel in the warehouse to handle this material. The total claim amount was $392,323.38 and the

C.A. No. 06-219-ML
**EXHIBIT A**
NP Resp to Motion to Comp

problem was very similar to the year of 1998, which the supplier classified the scrap as offgrade film rolls, so the scrap material was overcharged. For example, we were invoiced for the BOPP metallized film on roll at $0.61/lb, but we actually received BOPP metallized film scrap that was worth $0.17/lb.

Besides the above problems for the quality of the material, we had seen supplier not honor to his contract. Regarding the A-Grade film shipped into China, on the 2 Million pounds of A-Grade film as was put out to market in July 2005, it had a devastating effect on the PET market. When the A-Grade material was shopped in China, the market place came back with a price in the low 40s. The low 40s was the current price for DuPont film as well as other PET producers, except Toray. Prior to July of 2005, there was pressure on the PET pricing. But T & T was able to keep the price up in the 50s to National Plastics because National Plastics had 100% of the PET business. With the A-Grade being offered to the market place, and then subsequently sold into the Chinese market in the low 40s through other channels, completely undermined T & T and National Plastics' ability to keep the price high. When the Toray A-Grade started coming to China in the low 40s, the bottom completely fell out. It is T & T's understanding that National Plastics continued to honor the high pricing because it had a deal for all of 2005.

Sincerely yours,

Terry Lam
CEO
T & T Group, Inc.