UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219/ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : : : | |

**STIPULATION**

The parties hereby stipulate that Plaintiff shall have up to and including Friday, May 4, 2007, to respond to Defendant Plant Earth Recycling Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction.

Plaintiff,
TORAY PLASTICS (AMERICA), INC.,
By its attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
JBrenner@nixonpeabody.com

Dated: April 13, 2007

Defendants,
T G PLASTICS TRADING CO. INC. d/b/a
NATIONAL PLASTICS TRADING CO. and
PLANET EARTH RECYCLING INC.
By their attorneys,

/s/ Perry L. Glantz
Perry L. Glantz, Esq. (Pro Hac Vice)
FOGNANI & FRAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Tel: (303) 382-6200
Fax: (303) 382-6210
PGlantz@fornanilaw.com

/s/ Ronald W. Del Sesto
Ronald W. Del Sesto (#0242)
DEL SESTO LAW
49 Weybosset Street
Providence, RI 02903
Tel: (401) 421-1492
Fax: (401) 421-9080
litigation@in-ri.net

Dated: April 13, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Ronald W. Del Sesto, Esq., at litigation@in-ri.net, and Perry L. Glantz, Esq., at PGlantz@fornanilaw.com, identified on the Notice of Electronic filing (NEF), on this 13th day of April, 2007.

/s/ Jeffrey S. Brenner