# EXHIBIT 1
# (Privilege Log)

**Toray Plastics v. National Plastics**
**Case No. 06-219-ML**
**Privilege Log**

| Begdoc# | Enddoc# | Docdate | Summary | Privlege |
|---|---|---|---|---|
| NP003378 | NP003380 | 02/09/2006 | E-mail re Response from Toray | AC/WP |
| NP003425 | NP003427 | 02/09/2006 | E-mail re Response from Toray | AC/WP |
| NP006802 | NP006809 | 00/00/2006 | Comparison of Toray Materials bought and sold 11-2004 thru 12-2005 | AC/WP |
| NP006810 | NP006812 | 00/00/2006 | PP OBR Scrap Spreadsheet 12-2004 thru 12-2005 | AC/WP |
| NP006813 | NP006814 | 00/00/2006 | PP OBR Rolls Clear Spreadsheet 12-2004 thru 12-2005 | AC/WP |
| NP006815 | NP006818 | 00/00/2006 | PP OBR Rolls Clear, PET Resin Trail Mix, PET Rolls w/one Bad Edge and PP Clear Resin Spreadsheets 12-2004 thru 12-2005 | AC/WP |
| NP006819 | NP006823 | 00/00/2006 | PP White Scrap and PP Clear Rolls Spreadsheets 11-2004 thru 12-2005 | AC/WP |
| NP006824 | NP006836 | 00/00/2006 | PP Metalized Scrap Spreadsheet 11-2004 thru 12-2005 | AC/WP |
| NP006837 | NP006841 | 00/00/2006 | Clear PP Scrap Spreadsheet 11-2004 thru 12-2005 | AC/WP |
| NP006842 | NP006852 | 00/00/2006 | PET 18-22G Uncoated Spreadsheet 11-2004 thru 12-2005 | AC/WP |
| NP006853 | NP006865 | 00/00/2006 | PET Clear Scrap Spreadsheet 11-2004 thru 12-2005 | AC/WP |
| NP006866 | NP006875 | 00/00/2006 | PP Metal Rolls Spreadsheet 11-2004 thru 12-2005 | AC/WP |
| NP006876 | NP006887 | 00/00/2006 | PET 49-200G Uncoated Spreadsheet 11-2004 thru 12-2005 | AC/WP |
| NP006888 | NP006890 | 00/00/2006 | Summary of Toray Dispute | AC/WP |
| NP006901 | NP006902 | 00/00/2005 | SOPP Scrap/Offspec, Proposed Pricing Agreement w/marginalia | AC/WP |
| NP006903 | NP006910 | 00/00/2006 | Polypropylene Division Spreadshhet 2004 - 2005 | AC/WP |

**Toray Plastics v. National Plastics**
**Case No. 06-219-ML**
**Privilege Log**

| Begdoc# | Enddoc# | Docdate | Summary | Privlege |
|---|---|---|---|---|
| NP006911 | NP006915 | 00/00/2006 | PP Metal Rolls 4" - 10" 2005 Spreadsheet | AC/WP |
| NP006916 | NP006919 | 00/00/2006 | PP Metal Rolls 10" - 20" 2005 Spreadsheet | AC/WP |
| NP006920 | NP006923 | 00/00/2005 | PP Metal Rolls 20"+ 2005 Spreadsheet | AC/WP |
| NP006924 | NP006924 | 00/00/2005 | Misc. Resin 2005 Spreadsheet | AC/WP |
| NP006925 | NP006931 | 00/00/2005 | Metal PP Bales 2005 Spreadsheet | AC/WP |
| NP006932 | NP006933 | 00/00/2005 | Tycon Bags 2005 Spreadsheet | AC/WP |
| NP006934 | NP006940 | 00/00/2004 | Clear PP Rolls 2004/2005 Spreadsheet | AC/WP |
| NP006941 | NP006946 | 00/00/2004 | PP Clear Scrap 2004/2005 Spreadsheet | AC/WP |
| NP006947 | NP006956 | 00/00/2004 | Metailized PP Rolls 2004/2005 Spreadsheet | AC/WP |
| NP006957 | NP006959 | 00/00/2004 | PP OBR Scrap 2004/2005 Spreadsheet | AC/WP |
| NP006960 | NP006970 | 00/00/2004 | PP Metal Scrap 2004/2005 Spreadsheet | AC/WP |
| NP006971 | NP006987 | 00/00/2004 | PE Scrap 2004/2005 Spreadsheet | AC/WP |
| NP006988 | NP006990 | 00/00/2005 | Edge Cut 2005 Spreadsheet | AC/WP |
| NP006991 | NP006992 | 00/00/2005 | Trail Mix 2005 Spreadsheet | AC/WP |
| NP006993 | NP006993 | 00/00/2005 | A-Grade 18-22G Uncoated 2005 Spreadsheet | AC/WP |
| NP006994 | NP006995 | 00/00/2005 | A-Grade 47-200G Coated 2005 Spreadsheet | AC/WP |
| NP006996 | NP006999 | 00/00/2004 | C-Grade 18-22G Coated 2004/2005 Spreadsheet | AC/WP |

**Toray Plastics v. National Plastics**
**Case No. 06-219-ML**
**Privilege Log**

| Begdoc# | Enddoc# | Docdate | Summary | Privlege |
|---|---|---|---|---|
| NP007000 | NP007007 | 00/00/2004 | C-Grade 18-22G Uncoated 2004/2005 Spreadsheet | AC/WP |
| NP007008 | NP007009 | 00/00/2004 | C-Grade 47-200G Coated 2004/2005 Spreadsheet | AC/WP |
| NP007010 | NP007019 | 00/00/2004 | C-Grade 47-200G Uncoated 2004/2005 Spreadsheet | AC/WP |
| NP007020 | NP007025 | 00/00/2005 | A-Grade 47-200G Uncoated 2005 Spreadsheet | AC/WP |
| NP007026 | NP007028 | 00/00/2004 | PP Scrap Metal Bales at Incorrect Weight 2004 Spreadsheet | AC/WP |
| NP007029 | NP007030 | 00/00/2004 | PP Metalized Rolls 4"--10", 10"--20", and 20"+ 2004/2005 Table | AC/WP |
| NP007031 | NP007036 | 00/00/2005 | A-Grade 47-200G Uncoated 2005 Spreadsheet | AC/WP |
| NP007037 | NP007042 | 00/00/2005 | C-Grade 47-200G Uncoated 2005 Spreadsheet | AC/WP |
| NP007053 | NP007056 | 00/00/2005 | Outstanding Claims - T & T Group Inc. 2005 Spreadsheet | AC/WP |
| NP007057 | NP007058 | 00/00/2005 | Outstanding Claims - T & T Group Inc. 2005 Spreadsheet | AC/WP |
| NP007059 | NP007064 | 00/00/2005 | Outstanding Claims - T & T Group Inc. 2005 Spreadsheet. E-mail dated 04/13/2006 re "Toray" PET, including tables | AC/WP |
| NP007065 | NP007066 | 00/00/2005 | Closed Claims - T & T Group Inc. 2005 Spreadsheet | AC/WP |