UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-219-ML |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC., | : | |
| Defendants. | : | |

**DEFENDANTS' ASSENTED TO MOTION TO CONTINUE APRIL 25 HEARING RE: PLAINTIFF'S MOTIONS TO COMPEL**

Defendant T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. ("National") and Defendant Planet Earth Recycling Inc. ("Planet Earth") (collectively "Defendants") move to continue the motions hearing set for 11:00 a.m. on April 25, 2007.

By notice dated April 9, 2007, the Court set a motions hearing on Plaintiff's Motion to Compel Additional Documents and More Responsive Answers to Interrogatories [Doc. #33] and Motion to Compel Additional Documents and More Responsive Answers to Interrogatories [Doc. #32]. The hearing is set for 11:00 a.m. on April 25. For good cause and reasons set forth below, Defendants respectfully request the hearing be continued to conserve the resources of the parties and the Court. Pursuant to LR Cv 39.2, counsel for the parties has discussed the relief requested by this motion and Plaintiff has assented to a continuance of the April 25 motions hearing.

On April 23, 2007 Planet Earth moved to dismiss for lack of personal jurisdiction. [Doc. #36]. Plaintiff intends to file an objection to this motion, the deadline for which is May 4 per the parties' stipulation of April 13 and the Court's April 16 Order. The parties anticipate a hearing will be set on this motion to dismiss.

The discovery cut-off is May 21, 2007. The parties are scheduling several additional depositions to occur in Rhode Island during the month of May. Counsel for the parties has conferred regarding the possibility of jointly moving to extend the discovery period to accommodate the taking of additional depositions and the possibility of coordinating at least a portion of these depositions with a hearing on Plaintiff's motions to compel and other pending matters to reduce the cost of travel for Defendants' counsel. Accordingly, Defendants request that the Court continue the motions hearing presently set for April 25, 2007 pending completion of briefing on Planet Earth's Motion to Dismiss for Lack of Personal Jurisdiction [Doc. #36] and to afford the parties an opportunity to schedule additional depositions in conjunction with the hearing, thus minimizing the cost of travel for Defendants' counsel.

WHEREFORE, Defendants respectfully request the April 25, 2007 motions hearing be continued.

Defendant,
PLANET EARTH RECYCLING INC.
By its attorneys,

/s/ Fritz W. Ganz

Perry L. Glantz, Esq. (*Pro Hac Vice*)
R. Kirk Mueller, Esq. (*Pro Hac Vice*)
Fritz W. Ganz, Esq. (*Pro Hac Vice*)
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210

Ronald W. Del Sesto, Esq. (#0242)
DEL SESTO LAW
49 Weybosset Street,
Providence, Rhode Island 02903
Telephone: 401.421.1492
Facsimile: 401.421.9080

Dated: April 23, 2007

**CERTIFICATION**

I hereby certify that on the 23rd day of April, 2007, a true and accurate copy of the foregoing was electronically filed with the U.S. District Court for the District of Rhode Island and served electronically via the Court's ECF system and served upon Jeffrey S. Brenner, Esq. Nixon Peabody LLP, Suite 500, One Citizens Plaza, Providence, RI 02903.

/s/ Fritz W. Ganz, Esq.