# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219/ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : | |

**AFFIDAVIT OF DAVID JOSE**

I, David Jose, having been duly sworn, do depose and say the following:

1. I am the Senior Director of Finance and Administration of Toray Plastics (America), Inc. ("Toray"), and I have personal knowledge of the facts set forth in this Affidavit except where indicated otherwise.

2. In 2004, Torge Goderstad ("Mr. Goderstad"), on behalf of both T G Plastics Trading Co., Inc. d/b/a National Plastics Trading Co. ("National Plastics") contacted Toray's George Watts ("Mr. Watts"), the primary contact with Mr. Goderstad, to discuss expanding the volume of Excess Material (previously defined in the Verified Complaint and Answer to Counterclaim) provided by Toray to National Plastics.

3. During these discussions, Mr. Goderstad requested an exclusive supply arrangement for Toray's Excess Material. Mr. Watts then presented this request to Toray's Finance Group of which I am in charge. An internal discussion within Toray then occurred regarding the credit risk exposure of selling all excess materials to one company, because the existing credit insurance program that Toray used would only cover up to $500,000 for an existing customer that has had good payment history but would not support a higher credit limit for one company without providing financial data that would support that higher credit line.

4. In response to Mr. Goderstad's request for an exclusive arrangement, Toray told Mr. Goderstad that an exclusive arrangement for Toray's Excess Material would not be possible because Toray's credit insurance coverage was limited to $500,000 based upon National Plastics' existing financial condition, and that Toray would not provide National Plastics with an additional volume of Excess Material that would result in an exclusive arrangement.

5. Mr. Goderstad then offered to Toray that Planet Earth Recycling Inc. ("Planet Earth") would purchase some of the Excess Material so that the companies he owned could receive an exclusive arrangement concerning the Excess Material and Toray could obtain additional credit insurance.

6. Planet Earth submitted information to Toray's credit insurance company to allow Toray to apply for an additional $500,000 in credit insurance. As a result, Toray received an additional $500,000 in credit insurance to cover Excess Material purchased by Planet Earth while maintaining $500,000 to cover Excess Material purchased by National Plastics. During this process of determining credit risk, Toray asked its broker, AON Risk Services of New York to contact Mr. Goderstad directly to determine what information the credit insurance company would need in order to approve separate coverage for Planet Earth. Subsequently, Toray received notification from its credit insurance company that the limit was approved thereby allowing Toray to allow the credit exposure, in accordance with Toray's internal policies, to Planet Earth as well as to National Plastics.

7. It was agreed between Toray, National Plastics, and Planet Earth that Toray would establish two different accounts for the supply of Excess Material. Specifically, Planet Earth would purchase and be invoiced for Excess Material from the Lumirror Division, and National Plastics would purchase and be invoiced for Excess Material from the Torayfan Division. Toray sent National Plastics and Planet Earth invoices pursuant to this agreement from September 2004 through April 2006.

8. But for the business relationship described above, Toray would have never provided an exclusive arrangement to National Plastics for the Excess Material, and it would not have provided the volume of Excess Material to National Plastics that the combined companies of National Plastics and Planet Earth purchased, because of the credit insurance maximum amount of coverage issue.

9. Toray sent Planet Earth hundreds of invoices for Excess Material from September 2004 to April 2006 for hundreds of tons of Excess Material. Toray credited the Planet Earth account when Planet Earth provided proper documentation. Toray and Planet Earth have exchanged hundreds of pages of invoices, requests for credits, and credit documentation.

10. Neither Planet Earth, National Plastics, nor Torge Goderstad ever complained to Toray that invoices were being sent to Planet Earth in error.

David Jose
Senior Director of Finance and Administration
Toray Plastics (America), Inc.

STATE OF RHODE ISLAND
WASHINGTON COUNTY

Subscribed and sworn to before me this 30th day of April, 2007.

Notary Public
My commission expires: 6-1-08

My term expires 6/1/2008
ID# 53401