# EXHIBIT 5

**Unknown**

**From:** Jody Curtis [jody@tradeplastics.com]
**Sent:** Tuesday, January 24, 2006 1:49 PM
**To:** 'Ann.Lewis@Toraytpa.com'
**Cc:** 'Jaclyn Parker'
**Subject:** RE: 4Q05 Pricing Agreement

Ann,

I finally got Torge to sit down with me and review these issues. We will agree to 2005 pricing corrections, as long as we will not owe any more money for 2005 corrections. We will also agree to the below prices for 2006. We look forward to doing continued business with you in 2006.

Please send me the breakdown of the corrections for 2005, so I can balance my books.

Thank you,

Jody Curtis

---

**From:** Ann.Lewis@Toraytpa.com [mailto:Ann.Lewis@Toraytpa.com]
**Sent:** Wednesday, January 18, 2006 6:57 AM
**To:** jody@tradeplastics.com
**Cc:** Kristine.Barone@Toraytpa.com
**Subject:** 4Q05 Pricing Agreement

Hi Jody,

I just received word that there was 4th quarter pricing changes on Planet Earth that were agreed upon between Toray Plastics and Torge but Kris was never notified of the change. One is what you mentioned on the 47G-200G. I have a list below and would like you to agree or disagree with the pricing because adjustments will need to be done. If you/Torge have any questions please let me know right away because we are going to evaluate the 4th Quarter invoices and determine any under billings or over charges then forward the list for your review and agreement.

<u>4Q05</u>
18G-22G (uncoated) $.70/lb (on the invoices, we underbilled at $.60/lb in error)
18G-22G (coated) $.58/lb (on the invoices, we underbilled at $.38/lb in error)
18G-22G (Edge cut) $.24/lb
47G-200G $.51/lb (on the invoices, we over billed $.585/lb in error)
Scrap $.18/lb
Trail Mix $.22/lb
Resin/Pellet $.25/lb

<u>Also for the 1Q06</u>
18G-22G (uncoated) $.70/lb
18G-22G (coated) $.58/lb
18G-22G (Edge cut) $.18/lb
47G-200G $.40/lb

6/13/2006

| | |
|---|---|
| Scrap | $.18/lb |
| Trail Mix | $.22/lb |
| Resin/Pellet | $.25/lb |

Thanks,
Ann

**Unknown**

**From:** Ann.Lewis@Toraytpa.com
**Sent:** Thursday, February 02, 2006 5:35 AM
**To:** Jody Curtis
**Subject:** RE: November invoices

Jody,
Ok. Thank you. Please mail it to the lockbox address.
Ann

"Jody Curtis" <jody@tradeplastics.com>

02/01/2006 01:20 PM

To <Ann.Lewis@Toraytpa.com>
cc
Subject RE: November invoices

Ann,

I am paying these invoices on Friday. I am sorry that they are a little late. I am currently trying to switch accounting software to QuickBooks. My old software was DOS based and has become obsolete. I will make sure that the check goes out on Friday and I will e-mail you with the check information if you would like.

Thank you,

Jody

**From:** Ann.Lewis@Toraytpa.com [mailto:Ann.Lewis@Toraytpa.com]
**Sent:** Wednesday, February 01, 2006 7:58 AM
**To:** jody@tradeplastics.com
**Cc:** Kelly.Washburn@TorayTPA.com
**Subject:** November invoices

Hi Jody,

Thank you for the payment on ck#10217. After these were posted to the Planet Earth Account, I noticed several other November invoices that were not paid.

| | |
|---|---|
| 90041592 | $14,946.10 |
| 90041704 | $7,711.51 |
| 90041705 | $3,404.51 |
| 90041744 | $43,960.42 |
| 90041963 | $3,431.75 |

| | |
|---|---|
| 90041962 | $5,052.26 |
| 90041961 | $12,810.33 |
| 90041785 | $14,459.32 |

These are now considered past due and we need to have payment sent to us no later than Monday, February 6th. If you are missing any invoices, please let me know and I'll ask Kelly to send them to you today. I need to have a payment update to report to management. Please let me know the check # and date sending payment by Friday.

Thank you,
Ann

**Unknown**

**From:** Ann.Lewis@Toraytpa.com
**Sent:** Monday, February 13, 2006 8:56 AM
**To:** jody@tradeplastics.com
**Cc:** Kelly.Washburn@TorayTPA.com
**Subject:** National/Planet Earth Status Update

Hello Jody,

Thank you for the three checks. I have updated them in the comments and am sending you the statement of the accounts as of today.
The National Plastics account doesn't look too bad. There are a few miscellaneous items.

However, the Planet Earth is a large exposure account right now to TPA and I have been instructed to monitor the account and request shipping to hold future shipments if the account is past due. Yes, there are pricing issues, but we've discussed having you shortpay the items per your pricing understanding and I will monitor the accounts and reconcile the 4th quarter pricing when all invoices are paid.

The Planet Earth account still has a significant outstanding past due balance and I have a meeting today to discuss with Rick how the accounts are going.
The past due balance needs to be paid by this Friday and future payments need to be on a more regular basis.
Please review the invoices and if you have any questions, call me at 401-294-4511 x2289 or Kelly at x2208.

Thank you,
Ann

**Unknown**

**From:** Ann.Lewis@Toraytpa.com
**Sent:** Monday, February 20, 2006 11:17 AM
**To:** Jody Curtis
**Subject:** RE: Payment Information on Planet Earth.

Hi Jody,
Can you tell me if it was FedEx or when I can expect it to arrive?
Thanks,
Ann

**"Jody Curtis" <jody@tradeplastics.com>**

02/20/2006 01:14 PM

To <Ann.Lewis@Toraytpa.com>
cc
Subject RE: Payment Information on Planet Earth.

Ann,

I cut a check for the planet earth account in the amount of 373692.59 and a check for national's side for 49073.16. Let me know if you have any other questions.

Thanks,

Jody

**From:** Ann.Lewis@Toraytpa.com [mailto:Ann.Lewis@Toraytpa.com]
**Sent:** Monday, February 20, 2006 9:44 AM
**To:** jody@tradeplastics.com
**Cc:** torge@tradeplastics.com; Rick.Schloesser@toraytpa.com; Beth.Desvaux@Toraytpa.com
**Subject:** Payment Information on Planet Earth.

Hello Jody,

Since our conversation on Thursday, you mentioned you would be doing a check run on Friday (2/17). Please provide an update on the check that was issued such as ck#, amount, invoices or just a copy of the check/s and was this sent FedEx?

I need to reiterate the severity of having invoices paid by the due date to avoid holding shipments.

Attached is a copy of the statement as of today. Many small items are due to the pricing issues of the 4th quarter. The two amounts to focus on are highlighted which pertain to full invoices.