# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TORAY PLASTICS (AMERICA), INC.

VS. C.A. NO.:06-219ML

T.G. PLASTICS TRADING CO.,
INC. d/b/a NATIONAL PLASTICS
TRADING CO., and PLANET EARTH
RECYCLING INC.

VIDEOTAPED DEPOSITION OF RICHARD SCHLOESSER, witness in the above-entitled cause, taken on behalf of the Defendant, pursuant to notice, before Sally Brassard, CSR, a Notary Public in and for the State of Rhode Island and Providence Plantations, at the office of Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, Rhode Island, on January 31, 2007, at 11:32 a.m.

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920
(401) 946-5500

want a check in here and I want it in here tomorrow, or we're going to cut you off, which would be a violation of this agreement.

Q. Did -- I mean, did you ever cut him off?

A. No, at various times I would call him, we would get a check.

Q. Okay. Now, on this document, term number 2: Will work with TPA to secure proper insurance with TPA receivables.

A. Yes.

Q. What's your understanding of that?

A. When Torge asked for a 100 percent of the business, the exposure to Toray would have been greater than we could get through our credit insurance based on the financials of National Plastics. We said to him that he needed to come up with some financial information that would provide support for additional credit exposure. He said, I will offer up my company. Again, I can't think of its name now, I can't believe it.

Q. Planet Earth?

A. Planet Earth. I will offer up Planet Earth, as a company, so that you can secure additional credit. The information, the financials for Planet Earth were sent to the accounting

department, to Dave Jose. We went to the credit insurance company with them and we were given additional credit.

So, what we did was, we setup the Lumirror division for Planet Earth and National Plastics for Torayfan. So, we had two separate scrap dealers, two separate lines of credit, two separate invoices for the two divisions.

Q. And, so, I struggle with the names of the two. You're with Torayfan.

A. I'm Torayfan.

Q. So, you're working with National Plastics?

A. I'm working with National Plastics.

Q. You're invoicing National Plastics?

A. For Torayfan.

Q. For Torayfan.

A. Lumirror is invoicing the other company.

Q. Do you know who's paying those bills?

A. No. Torge Goderstad, he was signing all the checks, I know that.

Q. Do you know on which account those checks are being drawn?

A. No.

Q. So, other than the phone calls to get a check, do you contend that National Plastics failed in any