# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TORAY PLASTICS (AMERICA), INC.

VS. C.A. NO.:06-219ML

T.G. PLASTICS TRADING CO., INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC.

VIDEOTAPED DEPOSITION OF SCOTT VAN WINTER, witness in the above-entitled cause, taken on behalf of the Defendant, pursuant to notice, before Sally Brassard, CSR, a Notary Public in and for the State of Rhode Island and Providence Plantations, at the office of Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, Rhode Island, on February 1, 2007, at 11:24 a.m.

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920
(401) 946-5500

any massive changes in the business structure? Things like that. I don't know the details of it, just that that's the output from those requests.

Q. You said pull a D&B, what is that? Is that a Dunn & Bradstreet report?

A. Correct.

Q. Did you guys pull a D&B on Mr. Goderstad or his companies?

A. I don't know.

Q. You didn't see one?

A. No.

Q. Okay. Now, you say: Determine if he has any real assets, but it's unlikely given his business structure. What are you saying there?

A. My interpretation is that it was rented warehouses and leased trucks was the business structure. So, there was no assets of any kind. That was my interpretation for this.

Q. Okay. Flipping up to the first page of Exhibit 23, it says there, working my way up again. It says: Rick, in light of all that is going on with Planet Earth, I feel that we should discontinue shipping Torayfan scrap to National Plastics, as well. Does that indicate that you had stopped shipping Lumirror at this point in time?

A. I don't recall when we finally stopped, I don't recall.

Q. Then you go on to say: I strongly believe that we are going to end up having problems collecting on the National Plastics side since they're all the same company. What are you referring to there?

A. Well, it's not me, that e-mail is from Beth Desvaux.

Q. Okay. I just saw your name right there under it.

A. Yeah, it was to me.

Q. Okay.

A. So, I don't know what she was --

Q. Who's Beth Desvaux?

A. Also from the finance group.

Q. Okay.

A. So the -- I'm not sure of the time frame but in this event, as we talked a few minutes ago, I saw it unfolding. I think the concern was there, certainly for me to stop earlier. Rick, I know he spoke earlier, but I'm not sure in what reference, but he and Torge had a longer relationship than I did.

I was much more apt, quicker, to pull it when I saw what I thought was the business condition that we ultimately ended up with. So, we didn't