# EXHIBIT 9

Colorado Secretary of State
BUSINESS CENTER



Elections Center | Business Center | Information Center | Licensing Center | Secretary of State Home

For this Record...
- History & Documents
- View Trade names
- Cert of Good Standing
- File Document
- Email Notification

- Business Home
- Business Information
- Business Search

- FAQs
- Glossary

# Summary

| | |
|---|---|
| ID Number: | 19931050578 |
| Name: | TG PLASTICS & TRADING CO., INC. |
| Registered Agent: | Robert P. Horen |
| Registered Agent Street Address: | 1050 17th Street, Suite 1700, Denver, CO 80265, United States |
| Registered Agent Mailing Address: | |
| Principal Office Street Address: | 2230 East Grand Avenue, Englewood, CO 80110, United States |
| Principal Office Mailing Address: | |
| Status: | Good Standing |
| Form: | Corporation |
| Jurisdiction: | Colorado |
| Formation Date: | 05/13/1993 |
| Term of Duration: | Perpetual |
| Annual Report Month: | May |

You may:

- View History and Documents
- View Trade names
- Obtain Certificate of Good Standing
- File a Document
- Set Up Email Notification

Previous Page

# Summary

| | |
|---|---|
| ID Number: | 20031190956 |
| Name: | PLANET EARTH RECYCLING INCORPORATED |
| Registered Agent: | Robert P. Horen |
| Registered Agent Street Address: | 1050 17th Street, Suite 1700, Denver, CO 80265-2207, United States |
| Registered Agent Mailing Address: | |
| Principal Office Street Address: | 2230 East Grand Avenue, Englewood, CO 80110, United States |
| Principal Office Mailing Address: | |
| Status: | Good Standing |
| Form: | Corporation |
| Jurisdiction: | Colorado |
| Formation Date: | 06/12/2003 |
| Term of Duration: | Perpetual |
| Annual Report Month: | June |

You may:

- View History and Documents
- Obtain Certificate of Good Standing
- File a Document
- Set Up Email Notification

Previous Page