# EXHIBIT 10

671105

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0130

# Schedule K-1 (Form 1120S) 2005

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax year beginning ______ and ending ______

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

### Part I Information About the Corporation

A Corporation's employer identification number

84-1233187

B Corporation's name, address, city, state, and ZIP code

TG PLASTICS & TRADING CO., INC.
D/B/A NATIONAL PLASTICS TRADING COMPANY
5251 DTC PARKWAY, SUITE 285
GREENWOOD VILLAGE, CO 80111

C IRS Center where corporation filed return

OGDEN, UT 84201

D ☐ Tax shelter registration number, if any ______

E ☐ Check if Form 8271 is attached

### Part II Information About the Shareholder

F Shareholder's identifying number

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

G Shareholder's name, address, city, state and ZIP code

SVETLANA S. GODERSTAD
2230 E. GRAND AVENUE
ENGLEWOOD, CO 80110

H Shareholder's percentage of stock ownership for tax year . . . . . . . . . . . 50.000000 %

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount | Line | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 225,727. | 13 | Credits & credit recapture | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | 7,685. | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | C* | | 14,891. |
| A* | | 2,386. | D | | 226,908. |
| G* | | 8,855. | | | |
| | | | 17 | Other information | |

* See attached statement for additional information.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2005

JSA
5C1600 4 000

85064E M698 04/11/2006 14:29:46 V05-5.3 9853

671105

# Schedule K-1 (Form 1120S) 2005

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax year beginning ______ and ending ______

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0130

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

## Part I Information About the Corporation

**A** Corporation's employer identification number

84-1233187

**B** Corporation's name, address, city, state, and ZIP code

TG PLASTICS & TRADING CO., INC.
D/B/A NATIONAL PLASTICS TRADING COMPANY
5251 DTC PARKWAY, SUITE 285
GREENWOOD VILLAGE, CO 80111

**C** IRS Center where corporation filed return

OGDEN, UT 84201

**D** ☐ Tax shelter registration number, if any ______

**E** ☐ Check if Form 8271 is attached

## Part II Information About the Shareholder

**F** Shareholder's identifying number

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

**G** Shareholder's name, address, city, state and ZIP code

TORGE R. GODERSTAD
2230 E. GRAND AVENUE
ENGLEWOOD CO, 80110

**H** Shareholder's percentage of stock ownership for tax year . . . . . . . . . . 50.000000 %

For IRS Use Only

## Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | | |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 225,727. | 13 | Credits & credit recapture | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | 7,686. | 16 | Items affecting shareholder basis | |
| | | | C* | | 14,893. |
| 12 | Other deductions | | | | |
| A* | | 2,387. | D | | 226,908. |
| G* | | 8,855. | | | |
| | | | 17 | Other information | |

* See attached statement for additional information.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.

JSA
5C1600 4.000

Schedule K-1 (Form 1120S) 2005

85064E M698 04/11/2006 14:29:46 V05-5.3 9853