UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC.<br><br>Plaintiff,<br><br>v.<br><br>T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC.,<br><br>Defendants. | : | C.A. No. 06-219-ML |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE A PRIVILEGE LOG WHICH COMPLIES WITH THE RULES OF CIVIL PROCEDURE OR TO PRODUCE DOCUMENTS WITHHELD AS PRIVILEGED**

Defendants T G Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. ("National") and Planet Earth Recycling Inc. ("Planet Earth") ("Defendants"), by and through counsel, respectfully submit this brief in response to Plaintiff's Motion to Compel Defendant to Produce a Privilege Log Which Complies With the Rules of Civil Procedure or to Produce Documents Withheld as Privileged (together with supporting memorandum "Motion to Compel").

On April 19, 2007, Plaintiff filed its Motion to Compel [Doc. #40]. Though Plaintiff stated in correspondence its belief that Defendants' February 22, 2007 Privilege Log was inadequate, there was no statement of its intention to move to compel a more detailed log or otherwise challenge Defendants' claims of privilege or protection. Exhibit A, Letter from Jeffrey S. Brenner, Esq., *Nixon Peabody LLP*, to Perry L. Glantz, Esq., *Fognani & Faught, PLLC*, dated March 6, 2007.

Nevertheless, in response, Defendants reviewed the documents withheld under claim of privilege or protection, as identified on Defendants' February 22, 2007 Privilege Log, and evaluated whether Defendants would continue to assert those claims. By correspondence dated May 4, 2007, Defendants withdrew all claims of privilege or protection and produced all documents previously withheld. Exhibit B, Letter from Fritz W. Ganz, Esq., *Fognani & Faught, PLLC*, to Jeffrey S. Brenner, Esq., *Nixon Peabody LLP*, dated May 4, 2007. The Motion to Compel should be denied as moot.

WHEREFORE, Defendants respectfully request the Court deny as moot Plaintiff's Motion to Compel Defendants to Produce a Privilege Log Which Complies with the Rules of Civil Procedure or to Produce Documents Withheld as Privileged.

Defendants,
NATIONAL PLASTICS TRADING CO. and
PLANET EARTH RECYCLING INC.
By their attorneys,

/s/ Fritz W. Ganz
Perry L. Glantz, Esq. (*Pro Hac Vice*)
R. Kirk Mueller, Esq. (*Pro Hac Vice*)
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210

Ronald W. Del Sesto, Esq. (#0242)
DEL SESTO LAW
49 Weybosset Street,
Providence, Rhode Island 02903
Telephone: 401.421.1492
Facsimile: 401.421.9080

Dated: May 7, 2007

**CERTIFICATION**

I hereby certify that on the 7th day of May, 2007, a true and accurate copy of the foregoing was electronically filed with the U.S. District Court for the District of Rhode Island and served electronically via the Court's ECF system and served upon Jeffrey S. Brenner, Esq. Nixon Peabody LLP, Suite 500, One Citizens Plaza, Providence, RI 02903.

/s/ Fritz W. Ganz, Esq.