**Nixon Peabody LLP**
Attorneys at Law

One Citizens Plaza
Suite 500
Providence, Rhode Island 02903-1345
(401) 454-1000

Fax: Fax: (401) 454-1030

**PRIVILEGE AND CONFIDENTIALITY NOTICE**
The information in this fax is intended for the named recipients only. It contains privileged and confidential matter. If you have received this fax in error, please notify us immediately by a collect telephone call to (401) 454-1000 and return the original to the sender by mail. We will reimburse you for postage. Do not disclose the contents to anyone. Thank you.

# FAX

| To: | Company: | Fax #: | Telephone #: |
|---|---|---|---|
| 1) Perry L. Glantz, Esq. | Fognani & Faught, P.C. | 303-382-6210 | 303-382-6200 |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |

INTERNATIONAL PHONE NUMBERS MUST INCLUDE COUNTRY & CITY CODE. SEE LOCAL WHITE PAGES FOR CODES NEEDED.

| From: Jeffrey S. Brenner | Date: March 6, 2007 | No. of Pages: 2 (including this page) | |
|---|---|---|---|

**Comments:** **RE: Toray Plastics (America), Inc.**

Original of the transmitted document will be sent by:

o First Class Mail o Overnight Mail o Hand Delivery o This transmission will be the only form of delivery of this document

**IF YOU DO NOT RECEIVE ALL OF THESE PAGES, PLEASE CONTACT THE FAX ADMINISTRATOR AS SOON AS POSSIBLE AT: (401) 454-1000. THANK YOU.**

CONFIRMATION: DATE SENT ____________ TIME ____________ BY ____________

---

INTEROFFICE TO: o Albany o Los Angeles o Providence o Boston o Manchester o Rochester o Buffalo o New York City o San Francisco o Florida o Northern Virginia o Washington o Hartford o Orange County o Long Island o Philadelphia

| To: | Company: | Fax #: | Telephone #: |
|---|---|---|---|
| 1) Perry L. Glantz, Esq. | Fognani & Faught, P.C. | 303-382-6210 | 303-382-6200 |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |

INTERNATIONAL PHONE NUMBERS MUST INCLUDE COUNTRY & CITY CODE. SEE LOCAL WHITE PAGES FOR CODES NEEDED.

| From: Jeffrey S. Brenner | Date: March 6, 2007 | No. of Pages: 2 (including this page) | Client/Matter: 042593/1 |
|---|---|---|---|
| User #: 7400 | Ext: 1042 | Disbursement Amount: $ | |

C.A. No. 06-219-ML
**EXHIBIT A**
Resp to Mtn to Compel [#40]

NIXON PEABODY LLP
ATTORNEYS AT LAW
Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Jeffrey S. Brenner
Direct Dial: (401) 454-1042
E-Mail: jbrenner@nixonpeabody.com

March 6, 2007

**VIA FAX AND REGULAR MAIL**

Perry L. Glantz, Esq.
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203

Re: Toray Plastics (America), Inc. v. TG Plastics Trading Co. Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling Inc., C.A. No. 06-219/ML

Dear Perry:

I have received and reviewed your paralegal's letter to me dated February 22, 2007. Please be advised that this was the first Privilege Log that my office received from your office, so I do not consider it a "Revised Privilege Log." The Privilege Log does not sufficiently identify the purportedly privileged documents to test the asserted privilege. For example, the Privilege Log does not indicate who created the document and who received the document. There also appears to be materials from T&T Group, a non-party and a "non-retained expert" in this case, that should be produced.

Additionally, I have reviewed NP003378-NP003380 and NP003425-NP003427, which is the same e-mail string produced twice. I disagree that this e-mail string is privileged. Please let me know why you believe that this e-mail string constitutes a privileged document.

I look forward to hearing from you.

Very truly yours,

Jeffrey S. Brenner

cc: Ronald Del Sesto, Esq. (via regular mail)

{033428}.1