FOGNANI & FAUGHT, PLLC
*Attorneys at Law*

Fritz W. Ganz
303.382.6225

May 4, 2007

**VIA ELECTRONIC &**
**FIRST CLASS MAIL**

Jeffrey S. Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

*Re:* *Toray Plastics (America), Inc. v. T G Plastics Trading Co. Inc., et al.*
*U.S. Dist. Ct., Dist. of Rhode Island (CA 06-219ML)*

Dear Jeff:

Defendants withdraw their claims of privilege and protection as to all documents identified on their February 22, 2007 Privilege Log. These documents are produced in electronic form on the enclosed CD. As no documents are being withheld under a claim of privilege or protection, no updated or revised privilege log will be produced and Plaintiff's Motion to Compel [Doc. #40] on the matter is moot.

Accordingly, please withdraw the motion.

Sincerely,

Fritz W. Ganz

FWG:jll
Enclosure
cc: Perry L. Glantz, Esq. (w/o enclosure)
Ronald W. Del Sesto, Esq. (w/o enclosure)



C.A. No. 06-219-ML
**EXHIBIT B**
Resp to Mtn to Compel [#40]