UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : | |

**NOTICE OF DEPOSITION**

TO: Ronald W. Del Sesto, Esq.
Perry L. Glantz, Esq.

DATE: Thursday, May 31, 2007

TIME: 8:00 a.m.

DEPONENT: Torge Goderstad

**PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 30, the Plaintiff, Toray Plastics (America), Inc., will take the deposition of Torge Goderstad, on **Thursday, May 31, 2007, at 8:00 a.m.**, and continuing thereafter until completed, at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903, before a Notary Public or other officer duly authorized to administer oaths.

Plaintiff,
Toray Plastics (America), Inc.,
By its Attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Dated: May 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Ronald W. Del Sesto, Esq., at litigation@in-ri.net, and Perry L. Glantz, Esq., at PGlantz@fornanilaw.com, identified on the Notice of Electronic filing (NEF), on this 9th day of May, 2007.

/s/ Jeffrey S. Brenner