UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219/ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE A PRIVILEGE LOG WHICH COMPLIES WITH THE RULES OF CIVIL PROCEDURE OR TO PRODUCE DOCUMENTS WITHHELD AS PRIVILEGED**

Plaintiff Toray Plastics (America), Inc. hereby withdraws Plaintiff's Motion to Compel Defendants to Produce a Privilege Log Which Complies With the Rules of Civil Procedure or to Produce Documents Withheld as Privilege (the "Motion") for the following reasons:

1. On Thursday, April 19, 2007, Plaintiff filed the Motion.

2. On Friday, May 4, 2007, at 6:19 p.m., defense counsel sent an e-mail to undersigned Plaintiff's counsel stating that Defendants were "withdrawing their claims of privilege and protection of documents" and would be sending Plaintiff a CD with the documents. By the time undersigned Plaintiff's counsel saw the e-mail on Monday, May 7, 2007, and tended to other previously scheduled matters, Defendants had already filed their Objection requesting that the Motion "be denied as moot."

3. On Wednesday, May 9, 2007, undersigned Plaintiff's counsel received the CD with the previously withheld documents and confirmed that all documents previously withheld as privileged by Defendants have been produced.

4. Accordingly, Plaintiff hereby withdraws the Motion.

Plaintiff,
Toray Plastics (America), Inc.,
By its Attorney,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

Dated: May 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Ronald W. Del Sesto, Esq., at litigation@in-ri.net, and Perry L. Glantz, Esq., at PGlantz@fornanilaw.com, identified on the Notice of Electronic filing (NEF), on this 9th day of May, 2007.

/s/ Jeffrey S. Brenner