UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TORAY PLASTICS (AMERICA), INC. :
:
V. : C.A. No. 06-219/ML
:
T G PLASTICS TRADING CO. INC. d/b/a :
NATIONAL PLASTICS TRADING CO. and :
PLANET EARTH RECYCLING INC. :

**JOINT MOTION TO EXTEND THE DEADLINES IN THE PRETRIAL ORDER BY NINETY (90) DAYS**

The parties hereby jointly move to extend the deadlines in the Pretrial Order by ninety (90) days so that the Pretrial Order is amended as follows:

1. Fact discovery is closed by August 21, 2007.
2. Plaintiff's expert disclosure is disclosed by August 21, 2007. Defendants may depose Plaintiff's expert the earlier of thirty (30) days after Plaintiff's expert disclosure or September 21, 2007.
3. Dispostive motions shall be filed by September 4, 2007.
4. If no dispositive motions are filed, then pretrial memoranda shall be filed by September 21, 2007.

As grounds, the parties state the following:

1. This Court entered a Pretrial Order on September 21, 2006, establishing various deadlines for pretrial matters. See Docket Document 15. The deadline for the completion of fact discovery has never been amended. The only amendment to the Pretrial Order was Plaintiff's Assented Motion to Amend the Pre-Trial Order to Extend Plaintiff's Deadline to Provide Expert Disclosure dated March 20, 2007. See Docket Document 35. This Court granted the Motion for Extension of Time to Amend on March 22, 2007.

2. The parties have worked cooperatively to conduct depositions. Specifically, with respect to current employees of Plaintiff, Defendants have conducted the depositions of six (6)

Plaintiff's employees and have scheduled the deposition of two (2) additional employees of Plaintiff on May 30, 2007.

3. With respect to current employees of Defendants, Plaintiff has requested to schedule the deposition of Defendants' President, Torge Goderstad, whose deposition is expected to be lengthy. Mr. Goderstad, a Colorado resident, has agreed to be deposed in Rhode Island at a mutually convenient date when the remaining witnesses employed by Plaintiff are deposed. Mr. Goderstad's deposition will begin on May 31, 2007. If Mr. Goderstad's deposition is more than one day, which is expected, the deposition will reconvene in Colorado when Plaintiff's counsel schedules depositions in Colorado of other employees of Defendants and/or Defendants' Colorado-based expert witness.

4. With respect to former employees, Plaintiff conducted a deposition of a former employee of Plaintiff and Defendants questioned the witness as well. Plaintiff may also depose former employees of Defendants which will have to take place in Colorado.

5. With respect to Rhode Island based non-party witnesses, the parties have scheduled the deposition of Wayne Warner, the President of Jessica Transport Services, Inc. ("JTS"), which was the Rhode Island company retained by Defendants to transport Plaintiff's "Excess Material" from Plaintiff's location to sites controlled by Defendants. JTS previously provided documents in response to a Keeper of the Records Subpoena Duces Tecum dated February 1, 2007. It took JTS over two (2) months to produce the documents because JTS recently moved its business records, JTS needed additional time to locate, unpack, and gather the documents responsive to the subpoena, and Mr. Warner is undergoing chemotherapy which impacts his availability to address anything concerning this lawsuit.

6. With respect to non-party witnesses outside of Rhode Island, Defendants are attempting to schedule the deposition of Terry Lam, the President of T&T Group, Inc. ("T&T"), one of Defendants' customers. Defendants have listed Mr. Lam as a fact witness and a "non-retained expert witness." T&T is located in Humble, Texas, which is in the Houston area. The

parties are attempting to schedule Mr. Lam's deposition in late-June, but the deposition may not be able to occur until July.

7. With respect to experts, Defendants have identified a consultant from a financial consulting firm in Colorado as an expert witness concerning Defendants' "set-off" and "expected additional net income" claims. Plaintiff intends to depose this expert witness in Colorado at a mutually convenient date for counsel and the deponent, which is expected to occur in July.

8. With respect to outstanding motions, Defendant Planet Earth Recycling, Inc. filed a Motion to Dismiss for Lack of Personal Jurisdiction on April 2, 2007. See Docket Document 36. Plaintiff filed its Objection on April 30, 2007. See Docket Document 43. A hearing has been scheduled on June 25, 2007. Additionally, Plaintiff has filed two (2) Motions to Compel concerning Defendants' discovery responses. Magistrate Judge Almond has issued a Discovery Management Order instructing the parties to attempt to resolve as many of the discovery issues as possible and to file a Status Report by May 18, 2007. See Docket Document 42. The parties have conferred on multiple occasions for hours in response to the Discovery Management Order and are in the process of preparing a Status Report which is expected to be filed before the deadline. In sum, some of the discovery issues have been resolved, most of the discovery issues will be withdrawn and reevaluated after Mr. Goderstad's deposition, and some of the discovery issues will remain to be presented to Magistrate Judge Almond for determination. A hearing has not been scheduled to date.

9. As explained above, this case involves many witnesses from multiple states, non-party witnesses who have difficult scheduling concerns, and witnesses who travel extensively nationally and internationally. These facts have delayed the scheduling of depositions, but the parties believe that fact discovery can be completed by Tuesday, August 21, 2007.

Accordingly, the parties jointly move that this Court amend the Pretrial Order as requested.

Plaintiff,
TORAY PLASTICS (AMERICA), INC.,
By its attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
JBrenner@nixonpeabody.com

Dated: May 15, 2007

Defendants,
T G PLASTICS TRADING CO. INC. d/b/a
NATIONAL PLASTICS TRADING CO. and
PLANET EARTH RECYCLING INC.
By their attorneys,

/s/ Perry L. Glantz
Perry L. Glantz, Esq. (Pro Hac Vice)
FOGNANI & FRAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Tel: (303) 382-6200
Fax: (303) 382-6210
PGlantz@fornanilaw.com

/s/ Ronald W. Del Sesto
Ronald W. Del Sesto (#0242)
DEL SESTO LAW
49 Weybosset Street
Providence, RI 02903
Tel: (401) 421-1492
Fax: (401) 421-9080
litigation@in-ri.net

Dated: May 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Ronald W. Del Sesto, Esq., at litigation@in-ri.net, and Perry L. Glantz, Esq., at PGlantz@fornanilaw.com, identified on the Notice of Electronic filing (NEF), on this 15th day of May, 2007.

/s/ Jeffrey S. Brenner