UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219/ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : | |

**JOINT REPORT IN RESPONSE TO DISCOVERY MANAGEMENT ORDER**

The parties hereby submit this Joint Report in response to Magistrate Judge Almond's Discovery Management Order dated April 25, 2007. See Docket Document No. 42.

Since the Court issued the Discovery Management Order, undersigned counsel (Brenner and Glantz) have had three (3) phone conferences totaling approximately two (2) hours to discuss the discovery dispute. One of the major issues which impact many of the discovery requests is Plaintiff's challenge of Defendants' objections, because Plaintiff contends that the objections are improper, especially in situations where Defendants represented that all responsive documents have been provided or that no responsive documents exist. Defendants contend that the objections are proper given the wording of the discovery requests and that any further discovery required by Plaintiff to confirm or follow-up on the written discovery requests can be done at the depositions of Defendants' employees and experts, specifically their President Torge Goderstad. Although this will prolong an already expected lengthy deposition, Defendants do not object to Mr. Goderstad's deposition taking multiple days. The first deposition date for Mr. Goderstad is scheduled on May 31, 2007, in Providence. The second deposition date will be scheduled in Colorado when Plaintiff's counsel is already traveling to Colorado to depose Defendants' expert witness. As explained below, this compromise will result in Plaintiff withdrawing many of the items in its motions to compel with the reservation that the motions to compel may be refiled if Mr. Goderstad's deposition is not as informative as believed by defense counsel.

With respect to the individual discovery requests set forth in the Motions to Compel, Defendants have agreed to provide the last known address for Jody Curtis, Jackie Parker, Heather Higgins, and Patrick Martin.

With respect to Defendant Planet Earth, Plaintiff is pressing its Motion to Compel concerning Requests for Production 9 and 10. These requests concern the sale of any products and/or services or the transaction of any business in Rhode Island (RFP #9) and the documents relating to Defendant Planet Earth's total sales figures since its incorporation (June 12, 2003) to the present (RFP #10). Plaintiff will withdraw all other portions of its Motion to Compel against Defendant Planet Earth with the reservation that it may refile the Motion to Compel after conducting depositions of Defendants' employees.

With respect to Defendant National Plastics, Plaintiff is pressing its Motion to Compel concerning Interrogatories 8, 16, 17, and 18, as well as Request for Production 13, 15, 16, 25 and 26. These interrogatories and document requests primarily concern Defendant National Plastics' basis for its counterclaim and damages calculation. Defendant National Plastics has agreed to provide supplemental answers to Interrogatories 14 and 15 and Request for Production 18. Plaintiff will withdraw all other portions of its Motion to Compel against Defendant National Plastics, with the reservation that it may refile the Motion to Compel after conducting depositions of Defendants' employees and experts.

The parties incorporate by reference the summary of discovery in this case explained in the Joint Motion to Extend the Deadlines in the Pretrial Order by Ninety (90) Days filed with the Court on May 15, 2007. See Docket Document No. 50.

Plaintiff,
TORAY PLASTICS (AMERICA), INC.,
By its attorney,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
JBrenner@nixonpeabody.com

Dated: May 18, 2007

Defendants,
T G PLASTICS TRADING CO. INC. d/b/a
NATIONAL PLASTICS TRADING CO. and
PLANET EARTH RECYCLING INC.
By their attorneys,

/s/ Perry L. Glantz

Perry L. Glantz, Esq. (Pro Hac Vice)
FOGNANI & FRAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Tel: (303) 382-6200
Fax: (303) 382-6210
PGlantz@fornanilaw.com

/s/ Ronald W. Del Sesto

Ronald W. Del Sesto (#0242)
DEL SESTO LAW
49 Weybosset Street
Providence, RI 02903
Tel: (401) 421-1492
Fax: (401) 421-9080
litigation@in-ri.net

Dated: May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Ronald W. Del Sesto, Esq., at litigation@in-ri.net, and Perry L. Glantz, Esq., at PGlantz@fornanilaw.com, identified on the Notice of Electronic filing (NEF), on this 18th day of May, 2007.

/s/ Jeffrey S. Brenner