UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| v. | : | C.A. No. 06-219ML |
| T.G. PLASTICS TRADING CO., et al. | : | |

**MEMORANDUM AND ORDER**

Before me for determination are Plaintiff's Motions to Compel. (Document Nos. 32 and 33). A hearing was held on June 25, 2007. At the hearing, I denied Plaintiff's Motion to Compel (Document No. 33) as moot in view of Chief Judge Lisi's decision finding the existence of personal jurisdiction as to Defendant Planet Earth Recycling. I also heard argument regarding the four interrogatories and five document requests remaining in dispute as to Defendant National Plastics.

After reviewing the parties' brief and listening to their arguments at the hearing, I resolve Plaintiff's Motion to Compel (Document No. 32) as follows:

A. **Interrogatory No. 8**. GRANTED. Defendant shall supplement its answer to this contention interrogatory by providing additional detail as to the basis of its counterclaims and/or by identifying responsive documents pursuant to Fed. R. Civ. P. 33(d).

B. **Interrogatories Nos. 16 and 17**. DENIED. Defendant's answer as supplemented by the expert report and deposition testimony of Mr. Opp is sufficiently responsive.

C. **Interrogatory No. 18**. GRANTED. Defendant shall supplement its answer to this contention interrogatory by providing additional detail as to the basis for its affirmative defenses and/or by identifying additional responsive documents pursuant to Fed. R. Civ. P. 33(d).

D. **Document Requests Nos. 13, 15, 16, 25 and 26**. GRANTED. Defendant shall

produce all responsive documents. If Defendant has already produced all such documents as represented in its opposition (Document No. 37 at p. 13), then it shall inform Plaintiff as to the identity of such documents and the date of production.

**Conclusion**

Plaintiff's Motion to Compel as to Defendant Planet Earth (Document No. 33) is DENIED as moot. Plaintiff's Motion to Compel as to Defendant National Plastics (Document No. 32) is GRANTED in part and DENIED in part as noted above. Defendant shall respond as required by this Order within twenty days pursuant to LR Cv 37(b).

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
June 29, 2007