UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC.<br><br>Plaintiff,<br><br>v.<br><br>T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC.,<br><br>Defendants. | : | C.A. No. 06-219-ML |

## NOTICE OF WITHDRAWAL

Pursuant to R.I. L.R. Gen. 206 (e)(1) and 204 (f)(1), Attorney Richard K. Mueller, Colorado Registration No. 16746, hereby submits Notice of Withdrawal as pro hac vice counsel of record on behalf of the Defendants T G Plastics Trading Co., Inc. d/b/a National Plastics Trading Co. and Planet Earth Recycling, Inc, and in support thereof states as follows:

1. Effective July 7, 2007, Mr. Mueller will no longer be associated with the law firm of Fognani & Faught, PLLC and hereby withdraws as one of the counsel of record on behalf of Defendants.

2. The law firm of Fognani & Faught, PLLC and Ronald W. Del Sesto are presently and will remain counsel of record on behalf of Defendants.

4. There are no pending motions before the court and no trial date has been set.

RESPECTFULLY submitted this 12th day of July, 2007.

s/ R. Kirk Mueller

R. Kirk Mueller
Perry L. Glantz
FOGNANI & FAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Fax: 303-382-6210

Ronald W. Del Sesto, Esq.
R.I. Bar ID #242
Del Sesto-Hall's Building
49 Weybosset Street,
Providence, Rhode Island 02903

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July 2007, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was electronically filed via ECF with the U.S. District Court for the District of Rhode Island and served electronically on the following:

Jeffrey S. Brenner, Esq. and Joseph B. White, Esq.
Nixon Peabody LLP, Suite 500
One Citizens Plaza
Providence, RI 02903.

s/ C. S. Vega