UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC.<br><br>Plaintiff,<br><br>v.<br><br>T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO., and PLANET EARTH RECYCLING INC.,<br><br>Defendants. | : | C.A. No. 06-219-ML |

**JOINT MOTION TO EXTEND THE DEADLINES IN THE PRETRIAL ORDER**

In recent weeks the parties to this action have made diligent efforts to rebuild their business relationship and resolve this litigation by agreement as opposed to litigation. In order to facilitate the completion of a complex settlement agreement that encompasses the ongoing business relationship of the parties, the parties hereby jointly move to extend the deadlines in the Pretrial Order as set forth below.

1. Fact discovery is closed by November 2, 2007.

2. Plaintiff's expert disclosure is submitted no later than November 2, 2007. Defendants may depose Plaintiff's expert the earlier of thirty (30) days after Plaintiff's expert disclosure or by December 3, 2007.

3. Dispositive motions shall be filed by November 30, 2007.

4. If no dispositive motions are filed, pretrial memoranda shall be filed by December 14, 2007.

As grounds for this joint motion, the parties state as follows:

1. This Court entered a Pretrial Order on September 21, 2006, establishing various deadlines for pretrial matters. See Docket Document 15. Thereafter, the parties filed a Joint Motion to Extend the Deadlines in the Pretrial Order by Ninety (90) Days dated May 15, 2007. See Docket Document 50. This Court granted that motion by Order dated May 22, 2007. See Docket Document 52.

2. On June 25, 2007 the parties attended a conference with the Court in chambers at which time the possibility of settlement in this action was discussed. Since that time, the parties have engaged in detailed and complex negotiations designed to repair their long-standing relationship and resolve this dispute without further litigation.

3. As a result of these settlement efforts, the parties believe they are very close to an agreement in principle. In order to facilitate the ongoing settlement efforts and focus all energies in that direction, the parties have not conducted the remaining discovery that would be necessary to prepare for trial in this case. Hopefully, this discovery will never need to be conducted and a final settlement agreement can be reached.

4. The current discovery cutoff in this case is August 21, 2007. The parties believe the requested amendment of the Pretrial Order will facilitate the settlement negotiations in this action and obviate the need for any further discovery. In the event a settlement agreement can not be finalized, the deadlines outlined above would be adequate to allow the final completion of discovery.

Accordingly, the parties jointly move that this Court amend the Pretrial Order as requested.

RESPECTFULLY submitted this 10th day of August, 2007.

Plaintiff,
TORAY PLASTICS (AMERICA), INC.
By its attorney,

s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: 401.454.1000
Facsimile: 401.454.1030

Defendants,
T G PLASTICS TRADING CO. INC. d/b/a
NATIONAL PLASTICS TRADING CO.
and PLANET EARTH RECYCLING INC.
By their attorneys,

s/ Perry L. Glantz

Perry L. Glantz, Esq. (*Pro Hac Vice*)
Fognani & Faught, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210

and

Ronald W. Del Sesto, Esq. (#0242)
DEL SESTO LAW
49 Weybosset Street,
Providence, Rhode Island 02903
Telephone: 401.421.1492
Facsimile: 401.421.9080

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2007, a true and correct copy of the foregoing **JOINT MOTION TO EXTEND THE DEADLINES IN THE PRETRIAL ORDER** was electronically filed via ECF with the U.S. District Court for the District of Rhode Island and served electronically on the following:

Jeffrey S. Brenner, Esq.
Nixon Peabody LLP, Suite 500
One Citizens Plaza
Providence, RI 02903.

s/ C. S. Vega