UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TORAY PLASTICS (AMERICA), INC. | : | |
| | : | |
| V. | : | C.A. No. 06-219/ML |
| | : | |
| T G PLASTICS TRADING CO. INC. d/b/a NATIONAL PLASTICS TRADING CO. and PLANET EARTH RECYCLING INC. | : | |

**DISMISSAL STIPULATION**

Plaintiff Toray Plastics (America), Inc. ("Toray), Defendant T G Plastics Trading Co., Inc. d/b/a National Plastics Trading Co. ("National Plastics"), and Defendant Planet Earth Recycling, Inc. ("Planet Earth") hereby stipulate to the following:

1. Toray's Complaint against National Plastics and Planet Earth shall be dismissed with prejudice.

2. National Plastics' Counterclaim against Toray shall be dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees.

Plaintiff,
TORAY PLASTICS (AMERICA), INC.,
By its attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
JBrenner@nixonpeabody.com

Dated: October 29, 2007

Defendants,
T G PLASTICS TRADING CO. INC. d/b/a
NATIONAL PLASTICS TRADING CO. and
PLANET EARTH RECYCLING INC.
By their attorneys,

/s/ Perry L. Glantz
Perry L. Glantz, Esq. (Pro Hac Vice)
FOGNANI & FRAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Tel: (303) 382-6200
Fax: (303) 382-6210
PGlantz@fornanilaw.com

October 29, 2007

/s/ Ronald W. Del Sesto
Ronald W. Del Sesto (#0242)
DEL SESTO LAW
49 Weybosset Street
Providence, RI 02903
Tel: (401) 421-1492
Fax: (401) 421-9080
litigation@in-ri.net

Dated: October 29, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Ronald W. Del Sesto, Esq., at litigation@in-ri.net, and Perry L. Glantz, Esq., at PGlantz@fornanilaw.com, identified on the Notice of Electronic filing (NEF), on this 29th day of October, 2007.

/s/ Jeffrey S. Brenner